IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  )  <br> ) <br> vs.  ) <br> ) <br> JEFFREY HOWARD STAYTON  ) | Case No. 1:06CR66-MEF |

## NOTICE OF APPEARANCE

COMES NOW, the undersigned counsel, Joseph P. Van Heest, and hereby enters his appearance on behalf of defendant, Jeffrey Howard Stayton, in the above-styled cause. Please forward all future orders, pleadings and notices to my attention in these matters.

Respectfully submitted

_____
JOSEPH P. VAN HEEST
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2006, I filed I open court the foregoing with the Clerk of the Court and provided a copy in open court to the following:

Shaun M. Palmer,
Matthew C. Solomon,
Trial Attorneys
U.S. Department of Justice
Criminal Division
Public Integrity Section
1400 New York Avenue, NW
Washington, DC 20005

Respectfully submitted,

_____
JOSEPH P. VAN HEEST
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026