IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 1:06CR66-MEF |
| | ) | |
| JEFFREY HOWARD STAYTON | ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, Jeffrey Howard Stayton, after being first advised of his right to a speedy trial as guaranteed by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial as to the June 5, 2006 trial docket and agrees that his trial may be continued until after that date.

_____
JEFFREY HOWARD STAYTON