IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 1:06CR66-MEF |
| ) | |
| JEFFREY HOWARD STAYTON ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, Jeffrey Howard Stayton, after being first advised of his right to a speedy trial as guaranteed by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial as to the June 5, 2006 trial docket and agrees that his trial may be continued until after that date.

_____
JEFFREY HOWARD STAYTON

| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 3-15-2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: |
| | COURT REPORTER: |

✓ **ARRAIGNMENT**           ☐ CHANGE OF PLEA           ☐ CONSENT PLEA
☐ RULE 44(c) HEARING    ☐ SENTENCING

---

PRESIDING MAG. JUDGE: DRB            DEPUTY CLERK: sql
CASE NUMBER: 1:06cr66-MEF           DEFENDANT NAME: Jeffrey Howard STAYTON
AUSA:                                             DEFENDANT ATTORNEY: Joe Van Heest
                                                     Type counsel ( )Waived; (✓)Retained; ( )CJA; ( )FPD
                                                     ( ) appointed at arraignment; ( ) standing in for: _____
PTSO/USPO: Thweatt/Martin
Interpreter present? (✓)NO; ( )YES    Name:  *Notice given*

---

✓ This is defendant's **FIRST APPEARANCE.**
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:           ✓ Not Guilty
                    ☐ Guilty as to:
                            ☐ Count(s):
                            ☐ Count(s):                          ☐ dismissed on oral motion of USA
                                                                         ☐ to be dismissed at sentencing
☐ Written plea agreement filed     ☐ ORDERED SEALED
☐ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
☐ CRIMINAL TERM:                   ✓ WAIVER OF SPEEDY TRIAL filed.
              DISCOVERY DISCLOSURE DATE: 3-27-06
✓ ORDER: Defendant continued under ✓ same bond; ☐ summons; for:
              ✓ Trial on 5-11-06; ☐ Sentencing on _____
☐ ORDER: Defendant remanded to custody of U. S. Marshal for:
              ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
                    ☐ Defendant requests time to secure new counsel