IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-CR-66-MEF |
| | ) | |
| JEFFREY HOWARD STAYTON | ) | |
| and WILLIAM CURTIS CHILDREE | ) | |
| | ) | |

### ORDER ON MOTION

Pursuant to Section 2 of the Classified Information Procedures Act (CIPA), 18 U.S.C. App. 3, the *Government's Request for Pretrial Conference under Section 2 of the Classified Information Procedures Act, docketed as a motion* (Doc. 19, April 7, 2006), seeks a pre-trial conference prior to the scheduled pretrial conference on June 5, 2006, "to consider matters relating to classified information." For good cause, it is **ORDERED** that the *Motion* is **GRANTED** as follows:.

1. The requested pretrial conference is scheduled at 3:00 p.m. on Wednesday, May 3, 2006.

2. Defendants shall provide to the United States, not later than April 25, 2006, written notice of the classified information they reasonably expect to disclose. This deadline is not intended to cause any waiver of defendants' rights under Section 5(a) of the CIPA to provide such timely notice at a later time; instead, the court intends only to identify any disclosures anticipated based on discovery to date. The United States shall be prepared at the pretrial conference (a) to state their intent to seek a ruling as to whether the identified classified information is relevant and admissible, and (b) to proffer proposed protective orders which may be appropriate.

DONE this 12th day of April, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE