IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| | * | |
| vs. | * | Cr. No. 1:06CR66-MEF |
| | * | |
| | * | |
| WILLIAM CURTIS CHILDREE and | * | |
| JEFFREY HOWARD STAYTON, | * | |
| | * | |
| Defendants. | * | |

**DEFENDANTS' JOINT MOTION TO STAY ALL PROCEEDINGS
RELATING TO CLASSIFIED INFORMATION**

Come now William C. Childree and Jeffrey Howard Stayton, by undersigned counsel, and jointly move the Court for the entry of an order directing that all proceedings concerning classified information be stayed pending resolution of all matters relating to security clearances, designation of a secure site, secure hardware for defense counsel and any other security issues which may need to be addressed at the outset. This motion would also include the staying of deadlines previously set by the Court, including the pretrial conference to discuss the classified material, which is presently scheduled for May 3, 2006, at 3:00 pm. In support of the motion, the following is shown:

1. By order dated April 12, 2006, the court scheduled a pretrial conference under Section 2 of the Classified Information Procedures Act, on motion of the government.

2. In the same order, the court directed the defendants to "provide to the United States, not later than April 25, 2006, written notice of the classified information they reasonably expect to disclose."

3. On April 24, 2006, undersigned counsel received a telephone call from Ms. Mary Cradlin, the individual nominated by the United States Department of Justice to serve as Court

Security Officer in this case. Ms. Cradlin informed counsel that designating classified information, as required by the Court in the April 12, 2006, order would involve violations of the Classified Information Procedures Act. She further stated that no such disclosures could be made unless and until counsel obtained the necessary security clearance and the court had procedures in place for the acceptance of classified information. She also informed counsel that she would be sending, for delivery on April 26, 2006, the papers necessary to be submitted to United States Department of Justice's Litigation Security Office for obtaining the appropriate security clearance. It is estimated that it will take from four to six weeks to obtain the necessary security clearance.

4. In light of this development, counsel is unable to engage in the activity directed by the Court to provide written notice of classified information which is reasonably expected to be disclosed. Since counsel may not make such disclosures without the necessary security clearance, the pretrial conference scheduled for May 3, 2006, should not be held either and these case-related classified information activities should be stayed until after the appropriate security clearance is obtained and the Court has in place the procedures necessary to handle the classified information.

WHEREFORE, Mr. Childree and Mr. Stayton jointly pray the Court will consider the matter set forth herein and, after due consideration, enter an order directing that disclosures and other activities in this case relating to classified information and the Classified Information Procedures Act be stayed until security clearances are received and until all appropriate procedures for the Court are in place.

RESPECTFULLY SUBMITTED this the 25th day of April, 2006.

s/Stephen R. Glassroth
**STEPHEN R. GLASSROTH (GLA005)**
Attorney for the defendant
THE GLASSROTH LAW FIRM, P.C.
615 S. McDonough Street
Post Office Box 910

Montgomery, Alabama 36101-0910
(334) 263-9900
(334) 263-9940 - fax
srg@glassrothlaw.com

OF COUNSEL:

THE GLASSROTH LAW FIRM, P.C.
615 S. McDonough Street
Post Office Box 910
Montgomery, Alabama 36101-0910
(334) 263-9900
(334) 263-9940 - fax

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026

OF COUNSEL:

LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Shaun M. Palmer and Mr. Matthew C. Solomon, attorneys for the United States Department of Justice, Criminal Division, Public Integrity Section.

                       s/Stephen R. Glassroth
                       Stephen R. Glassroth
                       THE GLASSROTH LAW FIRM, P.C.
                       615 S. McDonough Street
                       Post Office Box 910
                       Montgomery, Alabama 36101-0910
                       (334) 263-9900
                       (334) 263-9940 - fax
                       srg@glassrothlaw.com

                       s/Joseph P. Van Heest
                       **JOSEPH P. VAN HEEST**
                       LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
                       Post Office Box 4026
                       402 South Decatur Street
                       Montgomery, AL 36103-4026
                       Phone: (334) 263-3551
                       Fax: (334) 263-3227
                       jpvanheestcourts@bellsouth.net
                       AL Bar Code: VAN026