IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-CR-66-MEF |
| | ) | |
| JEFFREY HOWARD STAYTON | ) | |
| and WILLIAM CURTIS CHILDREE | ) | |
| | ) | |

## ORDER ON MOTION

It is **ORDERED** that defendants show any cause not later than June 5, 2006, why the *Government's Motion for Protective Order* (Doc. 23, May 23, 2006) should not be granted.

It is further

**ORDERED** that counsel for the United States arrange a telephone conference with the court and defense counsel on June 1, 2006, to discuss the need for the presently scheduled pretrial conference in District Court 4A at 11:00 a.m. on June 5, 2006. The court's judicial assistant, LaDonna Vinson, may be contacted at 334-954-3740 to provide times which are convenient for the court.

Done this 24th day of May, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE