IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-CR-66-MEF |
| | ) | |
| JEFFREY HOWARD STAYTON | ) | |
| and WILLIAM CURTIS CHILDREE | ) | |
| | ) | |

**O R D E R**

Based on representations of counsel during a scheduled telephone conference on June 2, 2006, the court excused counsel from appearing at the June 5, 2006 pretrial docket.

As it is evident that the statutorily required mechanisms have not been put into place for discovery of classified information in this case, and it appears that it may be another three or more months before such discovery can proceed, the court concludes that it is impractical (a) to re-schedule at this time the pretrial conference which will trigger the filing of pretrial motions, and (b) to maintain this case for trial on the presently set term commencing on September 11, 2006. Accordingly, for good cause, it is

**ORDERED** as follows:

1. Counsel shall communicate promptly with the Department of Justice's assigned representative for discovery issues in this case to ascertain the status of arrangements for disclosure of the classified information in controversy. Promptly thereafter, Counsel shall confer in order to reach consensus on a feasible date to schedule this case for trial in lieu of the presently scheduled term commencing on September 11, 2006. **A joint motion for**

continuance – along with the defendants' waiver of speedy trial rights – shall be filed not later than **June 28, 2006**, for ruling by the trial judge, Chief District Judge Mark Fuller.

2.  The June 5, 2006 show-cause deadline for Defendants' response to the *First Motion for Protective Order* filed by the United States on May 23, 2006 (Doc. 23) is continued to June 28, 2006, for the express purpose of facilitating communications among counsel to reach consensus on an appropriate Protective Order at this pre-discovery juncture.

DONE THIS 6TH DAY OF June, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE