IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 1:06CR66-MEF |
| | ) | |
| JEFFREY HOWARD STAYTON | ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, Jeffrey Howard Stayton, after being first advised of his right to a speedy trial as guaranteed by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial for the term currently set for September 11, 2006, and all criminal jury trial terms set before the June 4, 2007 trial docket and agrees that his trial may be continued until the June 4, 2007 trial term.

_____
JEFFREY HOWARD STAYTON

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Shaun M. Palmer,
Matthew C. Solomon,
Trial Attorneys
U.S. Department of Justice
Criminal Division
Public Integrity Section
1400 New York Avenue, NW
Washington, DC 20005

                          Respectfully submitted,

                          s/Joseph P. Van Heest
                          **JOSEPH P. VAN HEEST**
                          LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
                          Post Office Box 4026
                          402 South Decatur Street
                          Montgomery, AL 36103-4026
                          Phone: (334) 263-3551
                          Fax: (334) 263-3227
                          jpvanheestcourts@bellsouth.net
                          AL Bar Code: VAN026