IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cr-66-MEF |
| | ) | |
| WILLIAM CURTIS CHILDREE | ) | |
| JEFFREY HOWARD STAYTON | ) | |

## **O R D E R**

Upon consideration of the defendants' Joint Motion to Continue Trial (Doc. #27) filed on June 28, 2006, it is hereby

ORDERED that the government show cause in writing on or before July 10, 2006 as to why the motion should not be granted.

DONE this 29th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE