**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.   ) | Case No. 1:06CR66-MEF |
| ) | |
| **JEFFREY HOWARD STAYTON** ) | |

**NOTICE OF FILING OF MEMORANDA OF UNDERSTANDING**

COMES NOW, the defendant, Jeffrey Howard Stayton, by and through undersigned counsel, Joseph P. Van Heest, and hereby enters his Notice of Filing of Memoranda of Understanding, said memoranda being executed by Mr. Stayton and undersigned counsel, respectively. These Memoranda of Understanding correspond to the Government's Amended Motion for Protective Order (dkt # 29) filed with this Court on June 28, 2006, and signed by the Court and filed on July 10, 2006, (dkt # 33). The signed Memoranda of Understanding are identical to the unsigned Memoranda attached as exhibits to dkt # 33 except that they have now been reviewed and executed by the signees.

Respectfully submitted

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Shaun M. Palmer,
Matthew C. Solomon,
Trial Attorneys
U.S. Department of Justice
Criminal Division
Public Integrity Section
1400 New York Avenue, NW
Washington, DC 20005

Stephen R. Glassroth, Esq.,
The Glassroth Law Firm
Post Office Box 910
Montgomery, AL 36101-0910

    Respectfully submitted,

    s/Joseph P. Van Heest
    **JOSEPH P. VAN HEEST**
    LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
    Post Office Box 4026
    402 South Decatur Street
    Montgomery, AL 36103-4026
    Phone: (334) 263-3551
    Fax: (334) 263-3227
    jpvanheestcourts@bellsouth.net
    AL Bar Code: VAN026

## MEMORANDUM OF UNDERSTANDING

1. Having familiarized myself with the applicable laws, I understand that I have already received and/or may be the future recipient of information and documents that pertain to the national security of the United States, and which are the property of the United States, and that such documents and information, together with the methods of collecting such information, are classified according to security standards set by the United States government.

2. I agree that I shall never divulge, publish, or reveal, either by word, conduct, or any other means, such classified information and documents unless specifically authorized to do so in writing by an authorized representative of the United States government, or as required by the Classified Information Procedures Act, or as otherwise ordered by this Court.

3. I understand that this agreement will remain binding upon me after the conclusion of trial in United States v. Stayton et al., 1:06-CR-00066-MEF-DRB, and any subsequent related proceedings including the appellate process.

4. I have received, read, and understand the Protective Order entered by the United States District Court for the Middle District of Alabama in the above-styled case, and I agree to comply with the provisions contained therein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
Joseph P. Van Heest, Esq.
Counsel for Jeffrey H. Stayton

8/28/06
Date

_____
Witness

## MEMORANDUM OF UNDERSTANDING

1. Having familiarized myself with the applicable laws, I understand that I have already received and/or may be the future recipient of information and documents that pertain to the national security of the United States, and which are the property of the United States, and that such documents and information, together with the methods of collecting such information, are classified according to security standards set by the United States government.

2. I agree that I shall never divulge, publish, or reveal, either by word, conduct, or any other means, such classified information and documents unless specifically authorized to do so in writing by an authorized representative of the United States government, or as required by the Classified Information Procedures Act, or as otherwise ordered by this Court.

3. I understand that this agreement will remain binding upon me after the conclusion of trial in United States v. Stayton et al., 1:06-CR-00066-MEF-DRB, and any subsequent related proceedings including the appellate process.

4. I have received, read, and understand the Protective Order entered by the United States District Court for the Middle District of Alabama in the above-styled case, and I agree to comply with the provisions contained therein.

5. I also understand that the Classified Information Nondisclosure Agreements signed by me in connection with my federal employment, including, but not limited to, the agreement signed by me on August 31, 2000, are still in place and remain in effect.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
Jeffrey H. Stayton

7/17/2006
Date

_____
Witness