IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | |
| : | DOCKET NO. 1:06-CR-66-MEF |
| JEFFREY HOWARD STAYTON and : | |
| WILLIAM CURTIS CHILDREE, : | |
| Defendants. : | |

Government's Classified Discovery Status Report

Comes now the United States of America, by and through its counsel, and respectfully provides this Court with the following status report in the above-captioned case:

**Classification Review of Discovery**

The United States government agency ("third-party agency") that is the owner of certain classified information has completed a classification review of all currently available Jencks Act information, of substantially all information that is potentially discoverable pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and of all information that may be discoverable under Brady v. Maryland, 373 U.S. 83 (1963). Specifically, with respect to the CD-ROMs that were the subject of discussion during the status conference held in chambers on July 17, 2006, the third-party agency has determined that all of the disks are classified and is currently developing a method by which discoverable information on the disks can be produced to the

defense. Counsel for the United States are working closely with the third-party agency to determine how, when, and in what form to produce this information currently under review.

In light of the progress that the third-party agency has made in conducting its classification review, counsel for the United States have begun discussions with the third-party agency to begin preparation of the summaries, substitutions, and/or redactions of the classified information that will accompany a motion filed by the United States pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. 4 (1994). It is anticipated that, in its next status report, counsel for the United States will be able to provide the Court with an estimate of when it will file this motion.

**Security Clearances**

As counsel for the United States explained to the Court during the last status conference, the process of securing the clearances has been ongoing since May 2006 and may take several months before it is completed. The Court Security Officers ("CSOs") assigned to this case, Christine Gunning and Mary Cradlin, have notified counsel for the United States that Joseph Van Heest, counsel for defendant Jeffrey Stayton, has received an interim security clearance. At this time, it is unclear when Mr. Van Heest will secure a final clearance. The CSOs have also informed the undersigned that a final clearance for Chief Judge Fuller's staff (his judicial assistant, three law clerks, courtroom deputy, and court reporter) and Magistrate Judge Coody's

staff (his law clerk and courtroom deputy) will likely be secured by October or November of this year.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Edward C. Nucci<br>Acting Chief<br>Public Integrity Section<br><br>**s/Shaun M. Palmer**<br>BY: _____<br>Shaun M. Palmer<br>Matthew C. Solomon<br>Trial Attorneys<br>U.S. Department of Justice<br>Criminal Division<br>Public Integrity Section<br>10th & Constitution Avenue<br>Washington, D.C. 20530<br>Phone: (202) 514-1412<br>Fax: (202) 514-3003<br>Email: shaun.palmer@usdoj.gov | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>Criminal Division<br>Counterespionage Section<br>10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836<br>Email: mariclaire.rourke@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify on this 5th day of September 2006, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen R. Glassroth, Esq.
The Glassroth Law Firm, P.C.
615 South McDonough Street
Montgomery, AL  36101
(334) 263-9900

Joseph P. Van Heest, Esq.
Law Office of Joseph P. Van Heest, LLC
402 South Decatur Street
Montgomery, AL  36104
(334) 263-3551.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Edward C. Nucci<br>Acting Chief<br>Public Integrity Section<br><br>**s/Shaun M. Palmer**<br>BY: _____<br>Shaun M. Palmer<br>Matthew C. Solomon<br>Trial Attorneys<br>U.S. Department of Justice<br>Criminal Division<br>Public Integrity Section<br>10th & Constitution Avenue<br>Washington, D.C. 20530<br>Phone: (202) 514-1412<br>Fax: (202) 514-3003<br>Email: shaun.palmer@usdoj.gov | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>Criminal Division<br>Counterespionage Section<br>10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836<br>Email: mariclaire.rourke@usdoj.gov |