IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | DOCKET NO. 1:06-CR-66-MEF |
| JEFFREY HOWARD STAYTON and : | |
| WILLIAM CURTIS CHILDREE, : | |
| Defendants. : | |

Government's Classified Discovery Status Report

Comes now the United States of America, by and through its counsel, and respectfully provides this Court with the following status report in the above-captioned case on the United States' ongoing classification review of discovery:

Counsel for the United States are working closely with the United States government agency ("third-party agency") that is the owner of certain classified information to determine in what form discoverable information may be disclosed. Counsel for the United States and the third-party agency are segregating all arguably discoverable materials from materials identified as containing classified information and are now working, pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. 4 (1994), to begin preparation of the necessary summaries, substitutions, and/or redactions of the classified information contained in these materials. Because of the sheer volume of the potentially discoverable information currently

under review—there are approximately 27,000 pages on the CD-ROMs alone to review for classification and discoverability—this process will be a lengthy one. The third-party agency has advised counsel for the United States that its classification review will be substantially complete within three months.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Edward C. Nucci<br>Acting Chief<br>Public Integrity Section<br><br>BY: **s/Shaun M. Palmer**<br>_____<br>Shaun M. Palmer<br>Matthew C. Solomon<br>Trial Attorneys<br>U.S. Department of Justice<br>Criminal Division<br>Public Integrity Section<br>10th & Constitution Avenue<br>Washington, D.C. 20530<br>Phone: (202) 514-1412<br>Fax: (202) 514-3003<br>Email: shaun.palmer@usdoj.gov | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>Criminal Division<br>Counterespionage Section<br>10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836<br>Email: mariclaire.rourke@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify on this 2nd day of October 2006, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen R. Glassroth, Esq.
The Glassroth Law Firm, P.C.
615 South McDonough Street
Montgomery, AL  36101
(334) 263-9900

Joseph P. Van Heest, Esq.
Law Office of Joseph P. Van Heest, LLC
402 South Decatur Street
Montgomery, AL  36104
(334) 263-3551.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Edward C. Nucci<br>Acting Chief<br>Public Integrity Section<br><br>**s/Shaun M. Palmer**<br>BY: _____<br>Shaun M. Palmer<br>Matthew C. Solomon<br>Trial Attorneys<br>U.S. Department of Justice<br>Criminal Division<br>Public Integrity Section<br>10th & Constitution Avenue<br>Washington, D.C. 20530<br>Phone: (202) 514-1412<br>Fax: (202) 514-3003<br>Email: shaun.palmer@usdoj.gov | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>Criminal Division<br>Counterespionage Section<br>10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836<br>Email: mariclaire.rourke@usdoj.gov |