IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) CASE NO.  1:06-cr-66-MEF |
| | ) |
| | ) |
| JEFFREY HOWARD STAYTON AND | ) |
| WILLIAM CURTIS CHILDREE | ) |

**ORDER**

It is hereby ORDERED that on or before Wednesday, **October 4, 2006**, Stephen R. Glassroth shall file a report on the status of his application for security clearance for this case.  It is further ORDERED that if  Mr. Glassroth had not submitted his application for security clearance for this case as of September 29, 2006, he shall show cause why he should not be subject to a finding that he is in contempt of this Court's prior orders.

DONE this the 2nd day of October, 2006.

/s/ Mark E. Fuller
CHIEF   UNITED   STATES   DISTRICT   JUDGE