IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | DOCKET NO. 1:06-CR-66-MEF |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| JEFFREY HOWARD STAYTON and | : | |
| | : | |
| WILLIAM CURTIS CHILDREE, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

MOTION TO WITHDRAW COUNSEL

COMES NOW the United States by and through its undersigned counsel and hereby requests that the Court withdraw Matthew C. Solomon as counsel for the Government in the above-captioned matter. A Proposed Order is attached.

            RESPECTFULLY SUBMITTED,

            Edward C. Nucci
            Acting Chief
            Public Integrity Section

BY: s/Matthew C. Solomon
   Matthew C. Solomon
   Shaun M. Palmer
   Trial Attorneys
   U.S. Department of Justice
   Criminal Division
   Public Integrity Section
   10th & Constitution Avenue
   Washington, D.C. 20530
   Phone: (202) 514-1412
   Fax: (202) 514-3003
   Email: shaun.palmer@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | DOCKET NO. 1:06-CR-66-MEF |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| JEFFREY HOWARD STAYTON and | : | |
| | : | |
| WILLIAM CURTIS CHILDREE, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## **ORDER**

Upon consideration, the Government's Motion to withdraw Matthew C. Solomon as counsel from the above-captioned matter is hereby GRANTED.

ORDERED this _____ day of _____, 2006.


_____
UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

I hereby certify on this 22nd day of December 2006, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen R. Glassroth, Esq.
The Glassroth Law Firm, P.C.
615 South McDonough Street
Montgomery, AL 36101
(334) 263-9900

Joseph P. Van Heest, Esq.
Law Office of Joseph P. Van Heest, LLC
402 South Decatur Street
Montgomery, AL 36104
(334) 263-3551

                                              RESPECTFULLY SUBMITTED,

                                              Edward C. Nucci
                                              Acting Chief
                                              Public Integrity Section

BY:   s/Matthew C. Solomon
        Matthew C. Solomon
        Shaun M. Palmer
        Trial Attorneys
        U.S. Department of Justice
        Criminal Division
        Public Integrity Section
        10th & Constitution Avenue
        Washington, D.C. 20530
        Phone: (202) 514-1412
        Fax: (202) 514-3003
        Email: shaun.palmer@usdoj.gov