IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cr-66-MEF |
| | ) | |
| JEFFREY HOWARD STAYTON | ) | |
| WILLIAM CURTIS CHILDREE | ) | |

## **O R D E R**

Upon consideration of the government's Motion for an Extension to File Status Report (Doc. #47) filed on December 22, 2006, it is hereby

ORDERED that the motion is GRANTED to and including January 9, 2007.

It is further ORDERED that the Motion to Withdraw as Counsel (Doc. #46) filed on December 22, 2006 is GRANTED.

DONE this the 22nd day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE