IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| | : | |
| vs. | : | |
| | : | |
| | : | DOCKET NO. 1:06-CR-66-MEF |
| | : | |
| JEFFREY HOWARD STAYTON and | : | |
| | : | |
| WILLIAM CURTIS CHILDREE, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

Government's Classified Discovery Status Report

Comes now the United States of America, by and through its counsel, and respectfully

provides this Court with the following status report in the above-captioned case on the United

States' ongoing classification review of discovery:

Counsel for the United States are working closely with the United States government

agency that is the owner of certain classified information ("third-party agency") to determine in

what form discoverable information may be disclosed. Counsel for the United States completed

their review of all classified documents on or about December 11, 2006, and the third-party

agency is continuing to prepare, pursuant to Section 4 of the Classified Information Procedures

Act, 18 U.S.C. App. 3 (1994), the necessary summaries, substitutions, and/or redactions of the

classified information contained in arguably discoverable materials. We continue to work with

the third-party agency, but at this time, counsel for the United States are unable to provide the

Court with a precise date when it will file its Section 4 motion.

RESPECTFULLY SUBMITTED,

Edward C. Nucci
Acting Chief
Public Integrity Section

**s/Shaun M. Palmer**

BY:  _____

Shaun M. Palmer
Trial Attorney
Criminal Division
Public Integrity Section
10th Street & Constitution Avenue, NW
Washington, DC 20530
Phone: (202) 514-1412
Fax: (202) 514-3003
Email: shaun.palmer@usdoj.gov

Mariclaire Rourke
Trial Attorney
U.S. Department of Justice
National Security Division
Counterespionage Section
10th St. & Constitution Ave., NW
Washington, DC 20530
Phone: (202) 514-1187
Fax: (202) 514-2836
Email: mariclaire.rourke@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify on this 9th day of January 2007, that I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following:

Stephen R. Glassroth, Esq.
The Glassroth Law Firm, P.C.
615 South McDonough Street
Montgomery, AL  36101
(334) 263-9900

Joseph P. Van Heest, Esq.
Law Office of Joseph P. Van Heest, LLC
402 South Decatur Street
Montgomery, AL  36104
(334) 263-3551.

RESPECTFULLY SUBMITTED,

Edward C. Nucci
Acting Chief
Public Integrity Section

**s/Shaun M. Palmer**
BY: _____
Shaun M. Palmer
Trial Attorney
Criminal Division
Public Integrity Section
10th Street & Constitution Avenue, NW
Washington, DC 20530
Phone: (202) 514-1412
Fax: (202) 514-3003
Email: shaun.palmer@usdoj.gov

Mariclaire Rourke
Trial Attorney
U.S. Department of Justice
National Security Division
Counterespionage Section
10th St. & Constitution Ave., NW
Washington, DC 20530
Phone: (202) 514-1187
Fax: (202) 514-2836
Email: mariclaire.rourke@usdoj.gov