IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | DOCKET NO. 1:06-CR-66-MEF |
| JEFFREY HOWARD STAYTON and : | |
| WILLIAM CURTIS CHILDREE, : | |
| Defendants. : | |

Government's Classified Discovery Status Report

Comes now the United States of America, by and through its counsel, and respectfully provides this Court with the following status report in the above-captioned case on the United States' ongoing classification review of discovery:

Counsel for the United States continue to coordinate with the components within the United States government that are responsible for protecting classified equities from unauthorized disclosure.  Counsel for the government await final determinations from all components within the government that have classified information contained within documents to be provided in discovery as to the appropriate methods under CIPA Section 4 (redactions, substitutions and/or unclassified summaries) to communicate discoverable information to defense counsel while protecting classified information from unauthorized disclosure.

The government anticipates that at the time of the status conference, on February 16, 2007, the government will make a production of documents to defense counsel, and will file a discovery motion pursuant to Section 4 of CIPA therewith or as soon thereafter as possible.

RESPECTFULLY SUBMITTED,

Edward C. Nucci
Acting Chief
Public Integrity Section

BY: s/Mariclaire Rourke
Mariclaire Rourke
Trial Attorney
U.S. Department of Justice
National Security Division
Counterespionage Section
10th Street & Constitution Avenue, NW
Washington, DC 20530
Phone: (202) 514-1187
Fax: (202) 514-2836
Email: mariclaire.rourke@usdoj.gov

Shaun M. Palmer
Trial Attorney
Criminal Division
Public Integrity Section
10th St. & Constitution Ave., NW
Washington, DC 20530
Phone: (202) 514-1412
Fax: (202) 514-3003
Email: shaun.palmer@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify on this 6th day of February 2007, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen R. Glassroth, Esq.
The Glassroth Law Firm, P.C.
615 South McDonough Street
Montgomery, AL  36101
(334) 263-9900

Joseph P. Van Heest, Esq.
Law Office of Joseph P. Van Heest, LLC
402 South Decatur Street
Montgomery, AL  36104
(334) 263-3551.

RESPECTFULLY SUBMITTED,

Edward C. Nucci
Acting Chief
Public Integrity Section

BY:   s/Mariclaire Rourke
      Mariclaire Rourke
      Trial Attorney
      U.S. Department of Justice
      National Security Division
      Counterespionage Section
      10th Street & Constitution Avenue, NW
      Washington, DC 20530
      Phone: (202) 514-1187
      Fax: (202) 514-2836
      Email: mariclaire.rourke@usdoj.gov

Shaun M. Palmer
Trial Attorney
Criminal Division
Public Integrity Section
10th St. & Constitution Ave., NW
Washington, DC 20530
Phone: (202) 514-1412
Fax: (202) 514-3003
Email: shaun.palmer@usdoj.gov