IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | DOCKET NO. 1:06-CR-66-MEF |
| JEFFREY HOWARD STAYTON and : | |
| WILLIAM CURTIS CHILDREE, : | |
| Defendants. : | |

Government's Classified Discovery Status Report

Comes now the United States of America, by and through its counsel, and respectfully provides this Court with the following status report, dated March 6, 2007, in the above-captioned case on the United States' ongoing classification review and provision to defense counsel of discovery:

Pursuant to this Court's February 22, 2007 Order, the government has provided to the defense one box of discovery documents with certain specific classified information redacted from some of the documents, as authorized by Section 4 of the Classified Information Procedures Act (CIPA). Also pursuant to the Court's Order, the government has provided to the defense certain unclassified summaries of arguably discoverable information in lieu of the classified documents. The government sent this material to the defense by overnight mail on February 27, 2007. The government continues to review a limited amount of potentially discoverable

information for production to defense in a form authorized under Section 4 of CIPA.

With respect to the search for a secure facility for defense counsel to meet with their clients, the government has identified appropriate facilities at both Maxwell Air Force Base and Fort Benning. Officials at both facilities have indicated a willingness and ability to provide both meeting and storage space for the defense. The government has provided point of contact information at both facilities to the Court Security Officer, who intends to finalize arrangements with defense counsel and officials at the facilities.

With respect to the search for a secure facility for the Court to secure classified materials, the government has identified an appropriate facility at Maxwell Air Force Base. The government has provided point of contact information to the Court Security Officer, who will finalize arrangements with the Court and officials at the facility.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Edward C. Nucci<br>Acting Chief<br>Public Integrity Section<br><br>**s/Matthew L. Stennes**<br>BY: _____<br>Shaun M. Palmer<br>Matthew L. Stennes<br>Trial Attorneys<br>Criminal Division<br>Public Integrity Section<br>10th Street & Constitution Avenue, NW<br>Washington, DC 20530<br>Phone: (202) 514-1412<br>Fax: (202) 514-3003<br>Email: shaun.palmer@usdoj.gov | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>National Security Division<br>Counterespionage Section<br>10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Email: mariclaire.rourke@usdoj.gov<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836 |

## CERTIFICATE OF SERVICE

I hereby certify on this 6th day of March 2007, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen R. Glassroth, Esq.
The Glassroth Law Firm, P.C.
615 South McDonough Street
Montgomery, AL  36101
(334) 263-9900

Joseph P. Van Heest, Esq.
Law Office of Joseph P. Van Heest, LLC
402 South Decatur Street
Montgomery, AL  36104
(334) 263-3551.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Edward C. Nucci<br>Acting Chief<br>Public Integrity Section<br><br>**s/Matthew L. Stennes**<br>BY: _____<br>Shaun M. Palmer<br>Matthew L. Stennes<br>Trial Attorneys<br>Criminal Division<br>Public Integrity Section<br>10th Street & Constitution Avenue, NW<br>Washington, DC 20530<br>Phone: (202) 514-1412<br>Fax: (202) 514-3003<br>Email: shaun.palmer@usdoj.gov | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>National Security Division<br>Counterespionage Section<br>10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Email: mariclaire.rourke@usdoj.gov<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836 |