IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | |
| : | DOCKET NO. 1:06-CR-66-MEF |
| JEFFREY HOWARD STAYTON and : | |
| WILLIAM CURTIS CHILDREE, : | |
| Defendants. : | |

Government's Supplemental Status Report

Comes now the United States of America, by and through its counsel, and respectfully provides this Court with the following supplemental status report, dated March 19, 2007, in the above-captioned case.  The United States submits this report to update the Court on recent developments in advance of the scheduled March 20, 2007 telephonic hearing.

**Court's Classified Storage Facility**

The Court Security Officer (CSO) has made arrangements for the Court and designated Court personnel to store classified documents at a secure facility on Maxwell Air Force Base (MAFB).  It is our understanding that the Court and designated Court personnel will have access to this site when necessary.  The United States has provided the Office of the Judge Advocate General at MAFB the legal authority necessary to address an initial concern with Court access to the facility.  We understand this issue has been resolved.

**Defendants' Classified Meeting and Storage Facility**

It is our understanding that defense counsel have been briefed to facilitate attorney-client communication in this case. The CSO has made arrangements for defense counsel and their clients to meet and store any classified notes from those discussions at a secure facility on MAFB.

**Proposed Process for Defense Witness Interviews**

As the Court well knows, cases involving classified information require special procedures that would not be necessary in the typical criminal case. One topic we have not yet addressed in this matter is a procedure for processing defense counsel interview requests. Many of the individuals who may have information relating to this case are government personnel, possess official government information, or have had authorized or unauthorized access to classified information in connection with this case. Thus, the government entities with interests in protecting classified or official government information are required to have notice of any such interviews.

The United States proposes the following procedure for *any requested defense interviews of witnesses who had authorized or unauthorized access to official government, national security, or classified information*: (1) defense counsel submits a list of proposed interviews to the CSO and counsel for the United States; (2) the CSO coordinates with the appropriate governmental entity to locate the witness; (3) if the particular individual wishes to meet with defense counsel, that interview is arranged through the CSO to take place in an appropriate setting and following applicable procedures, as required by law; and (4) if the individual chooses not to meet with defense counsel, the CSO delivers that message to defense counsel.

After further discussion of this matter during the telephonic hearing, the United States will provide a proposed amendment to the protective order to formalize this procedure.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| William M. Welch II<br>Chief<br>Public Integrity Section<br><br>**s/Matthew L. Stennes**<br>BY: _____<br>Shaun M. Palmer<br>Matthew L. Stennes<br>Trial Attorneys<br>U.S. Department of Justice<br>Criminal Division<br>Public Integrity Section<br>10th Street & Constitution Avenue, NW<br>Washington, DC 20530<br>Phone: (202) 514-1412<br>Fax: (202) 514-3003<br>Email: shaun.palmer@usdoj.gov<br>         matthew.stennes@usdoj.gov | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>National Security Division<br>Counterespionage Section<br>10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Email: mariclaire.rourke@usdoj.gov<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836 |

# CERTIFICATE OF SERVICE

I hereby certify on this 19th day of March 2007, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen R. Glassroth, Esq.
The Glassroth Law Firm, P.C.
615 South McDonough Street
Montgomery, AL  36101
(334) 263-9900

Joseph P. Van Heest, Esq.
Law Office of Joseph P. Van Heest, LLC
402 South Decatur Street
Montgomery, AL  36104
(334) 263-3551.


RESPECTFULLY SUBMITTED,

| | |
|---|---|
| William M. Welch II<br>Chief<br>Public Integrity Section<br><br>**s/Matthew L. Stennes**<br>BY: _____<br>Shaun M. Palmer<br>Matthew L. Stennes<br>Trial Attorneys<br>Criminal Division<br>Public Integrity Section<br>10th Street & Constitution Avenue, NW<br>Washington, DC 20530<br>Phone: (202) 514-1412<br>Fax: (202) 514-3003<br>Email: shaun.palmer@usdoj.gov<br>matthew.stennes@usdoj.gov | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>National Security Division<br>Counterespionage Section<br>10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Email: mariclaire.rourke@usdoj.gov<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836 |