IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : |
| | : DOCKET NO. 1:06-CR-66-MEF |
| JEFFREY HOWARD STAYTON and | : |
| WILLIAM CURTIS CHILDREE, | : |
| Defendants. | : |

Government's Classified Discovery Status Report

Comes now the United States of America, by and through its counsel, and respectfully provides this Court with the following status report, dated March 30, 2007, in the above-captioned case on the United States' ongoing classification review and provision to defense counsel of discovery:

**Defense Witness Access**

During the telephonic status conference of March 20, 2007, the Court directed the parties to discuss a proposal for defense witness access. The parties have conferred and reached agreement on the following procedures:

*For Witnesses Identified by Name in the Security Briefing Provided to Defense Counsel:*

Defense counsel may contact these witnesses directly to request an interview without providing notice to the prosecution. If the witness agrees to make him or herself available for

interview, the defense agrees to conduct any such interview pursuant to the applicable Touhy Regulations.

*For Any Other Witnesses, Not Named in the Briefing, Employed by the Government or Who Reasonably Might Possess Classified or Other National Security Information*:

Defense counsel will contact the Court Security Officer (CSO) with a request to interview any such individual. Defense counsel do not need to provide notice to the prosecution. The CSO will identify and contact the appropriate government entity to find the requested individual, request the interview, and make appropriate arrangements for an interview, if necessary. Defense counsel agrees to conduct any such interviews pursuant to the applicable Touhy Regulations.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| William M. Welch II<br>Chief<br>Public Integrity Section | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>National Security Division |
| **s/Matthew L. Stennes**<br>BY: _____<br>Shaun M. Palmer<br>Matthew L. Stennes<br>Trial Attorneys<br>Criminal Division<br>Public Integrity Section<br>10th Street & Constitution Avenue, NW<br>Washington, DC 20530<br>Phone: (202) 514-1412<br>Fax: (202) 514-3003<br>Email: shaun.palmer@usdoj.gov<br>        matthew.stennes@usdoj.gov | Counterespionage Section<br>10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Email: mariclaire.rourke@usdoj.gov<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836 |

## CERTIFICATE OF SERVICE

      I hereby certify on this 30th day of March 2007, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen R. Glassroth, Esq.
The Glassroth Law Firm, P.C.
615 South McDonough Street
Montgomery, AL  36101
(334) 263-9900

Joseph P. Van Heest, Esq.
Law Office of Joseph P. Van Heest, LLC
402 South Decatur Street
Montgomery, AL  36104
(334) 263-3551.

                                                          RESPECTFULLY SUBMITTED,

| | |
|---|---|
| William M. Welch II<br>Chief<br>Public Integrity Section<br><br>**s/Matthew L. Stennes**<br>BY: _____<br>Shaun M. Palmer<br>Matthew L. Stennes<br>Trial Attorneys<br>Criminal Division<br>Public Integrity Section<br>10th Street & Constitution Avenue, NW<br>Washington, DC 20530<br>Phone: (202) 514-1412<br>Fax: (202) 514-3003<br>Email: shaun.palmer@usdoj.gov<br>        matthew.stennes@usdoj.gov | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>National Security Division<br>Counterespionage Section<br>10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Email: mariclaire.rourke@usdoj.gov<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836 |