IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr66-MEF |
| | ) | |
| JEFFREY HOWARD STAYTON | ) | |
| WILLIAM CURTIS CHILDREE | ) | |

**ORDER**

Now pending before the court is the United States' motion to continue/reschedule the pretrial conference (doc. # 62). Upon consideration of the motion, and for good cause,

ORDERED that the motion to continue/reschedule the pretrial conference (doc. # 62) be and is hereby GRANTED. It is further

ORDERED that the pretrial conference presently set on May 31, 2007 at 1:00 p.m. be and is hereby **RESET to May 24, 2007 at 10:00 a.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 3rd day of May 2007.

                                                    /s/Charles S. Coody
                                                  CHARLES S. COODY
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE