IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 1:06-cr-66-MEF-CSC |
| ) | |
| JEFFREY HOWARD STAYTON ) | |
| WILLIAM CURTIS CHILDREE ) | |

## **O R D E R**

This Court has carefully considered the information provided to it and finds that, in this matter, it is appropriate for the undersigned to disqualify himself from presiding over this proceeding pursuant to 28 U.S.C. § 455. For this reason, the parties are advised that the undersigned will be making a request that the Chief Judge of the Eleventh Circuit Court of Appeals reassign this case to another district court judge pursuant to 28 U.S.C. § 292. It is hereby ORDERED that the trial is CONTINUED GENERALLY.

DONE this the 18th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE