IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr66-WSD |
| | ) | |
| JEFFREY HOWARD STAYTON | ) | |
| WILLIAM CURTIS CHILDREE | ) | |

**ORDER**

For good cause, it is

ORDERED that a status and scheduling conference before the Honorable William S. Duffey, Jr., United States District Judge, be and is hereby set on July 17, 2007 at 11:30 a.m. CST in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 11th day of July, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE