IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr66-WSD |
| | ) | |
| JEFFREY HOWARD STAYTON | ) | |
| WILLIAM CURTIS CHILDREE | ) | |

**ORDER**

On July 17, 2007, the court held a status and scheduling conference in this matter. As stated in open court, it is

ORDERED that as follows:

1. Defendants shall submit, on or before **July 27, 2007**, their *ex parte* submission setting forth why the Court should reconsider the redactions of classified information materials produced in discovery. The Court will consider Defendants' submission *in camera*. Should the Court consider the removal of any redaction it will advise the government and request their input before a final decision on whether to produce any of the redacted material in unredacted form.

2. All pretrial motions under Federal Rules of Criminal Procedure 12(b) and (d), 14, and 16, all notices under Federal Rules of Criminal Procedure 12.1, 12.2 and 12.3, and any motion to compel pursuant to this court's standing order on discovery must be filed on or before **August 8, 2007**. Unless otherwise ordered by the court, the continuance of the trial

of this case will not extend the time for filing pretrial motions.

Any motions to suppress must allege specific facts which, if proven, would provide a basis of relief. *See United States v. Richardson*, 764 F.2d 1514, 1526-27 (11th Cir. 1985). All grounds upon which the defendant relies must be stated in the motion in separately numbered paragraphs in a section of the motion which is labeled "Issues Presented."

3. The government shall, on or before **August 20, 2007**, file responses to all motions filed by the defendants.

4. The defendants shall, on or before **August 27, 2007**, file any replies.

5. The defendants shall, on or before **August 31, 2007**, file notice of whether it "reasonably expects to disclose or to cause the disclosure of classified information in any manner in connection with any trial or pretrial proceeding involving the criminal prosecution" pursuant to the Classified Information Procedures Act, 18 U.S.C. App. 3 § 5 ("CIPA"). This notice "shall include a brief description of the classified information." Id. The notice "must be particularized, setting forth specifically the classified information which the defendant reasonably believes to be necessary to his defense." *U.S. v. Collins*, 720 F.2d 1195, 1199 (11th Cir. 1983).

6. The government shall, on or before **September 10, 2007**, file its response, if any, to the sufficiency of defendants' § 5 notice.

7. The government shall, on or before **September 24, 2007**, but not before the

sufficiency of defendants' § 5 notice has been determined by the Court, file its request, if any, for "a hearing to make all determinations concerning the use, relevance, or admissibility of classified information that would otherwise be made during the trial or pretrial proceeding." 18 U.S.C. App. 3, § 6(a). At this time the government shall also file its notice, if any, of "those items of classified information in the defendant's Section 5(a) notice which are the subject of the Section 6 procedure." Collins, 720 F.2d at 1200; see also 18 U.S.C. App. 3, § 6(b). This notice "is required to present, pretrial, the details of the charges so that the defendant can, in good faith, determine if any particular classified information will be revealed in defense . . . ." Id. If the government requests a hearing under § 6(a), the court will schedule it by separate order.

    **SO ORDERED** this 20th day of July, 2007.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE