# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | CR. NO. 2:06cr66-WSD |
| ) | |
| JEFFREY HOWARD STAYTON ) | |
| WILLIAM CURTIS CHILDREE ) | |

**DEFENDANTS' WITHDRAWAL OF REQUEST TO RECONSIDER REDACTIONS**

COME NOW defendants Jeffrey Howard Stayton and William Curtis Childree, by their respective undersigned counsel, who inform the Court that they hereby withdraw their previously made request for the Court to reconsider the redactions of certain classified information materials produced in discovery. Counsel for Mr. Stayton and Mr. Childree worked over the weekend of July 21, 2007, again reviewing the subject material, and have now concluded that they do not require the Court to conduct an *in camera* review of the materials for the purpose of determining whether unredacted materials should be provided to the defense. Therefore, defendants' request that the Court do so is withdrawn.

Respectfully submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
Counsel for Jeffrey Howard Stayton
AL Bar Code: VAN026
Law Office of Joseph P. Van Heest, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
(334) 263-3551
(334) 263-3227 (fax)
jpvanheestcourts@bellsouth.net

        s/Stephen R. Glassroth
STEPHEN R. GLASSROTH
Counsel for William Curtis Childree
AL Bar Code: GLA005
Post Office Box 996
Macon, Georgia 31202-0996
(478) 743-4747
(478) 743-4749 (fax)
steve.glassroth@gmail.com

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certify that on July 24, 2007, the foregoing document was electronically filed the with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

        s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
Counsel for Jeffrey Howard Stayton
AL Bar Code: VAN026
Law Office of Joseph P. Van Heest, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
(334) 263-3551
(334) 263-3227 (fax)
jpvanheestcourts@bellsouth.net

        s/Stephen R. Glassroth
STEPHEN R. GLASSROTH
Counsel for William Curtis Childree
AL Bar Code: GLA005
Post Office Box 996
Macon, Georgia 31202-0996
(478) 743-4747
(478) 743-4749 (fax)
steve.glassroth@gmail.com