IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 2:06cr66-WSD |
| | ) | |
| JEFFREY HOWARD STAYTON | ) | |
| WILLIAM CURTIS CHILDREE | ) | |

**DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

Come now the defendants, by their respective undersigned counsel, who move the Court, pursuant to Fed. R. Crim. P. 16(d), for the entry of a protective order governing certain discovery in this cause. In support of their motion, the following is shown to the Court:

1. On July 17, 2007, counsel for Mr Childree provided government counsel with copies of a letter written to Mr. Childree by Mr. Stayton in which Mr. Stayton, *inter alia*, expressed his thanks to Mr. Childree for making a loan to Mr. Stayton. At the same time as the copies of the letter were provided to the government, the original document was shown to counsel for the government and the original document was retained by counsel for Mr. Childree.

2. On July 19, 2007, counsel for the government requested that counsel for Mr. Childree follow a particular procedure to provide a member of the government's prosecution team with the original document for inspection, as provided by Fed. R. Crim. P. 16(b)(1)(A).

3. Neither Mr. Stayton, nor Mr. Childree objects to the government's request, however, each has concerns about the procedure for inspection which the government directed in its request for the production of the original document for inspection. In that request, the government directed that the original document be sent via overnight delivery to an identified member of the FBI with no description or mention of steps the government would take, or procedures that it would observe to

preserve the document in its original form, something both Mr. Stayton and Mr. Childree believe is essential.

4.      Under Fed. R. Crim. P. 16(d), the Court has the power to provide parties with "appropriate relief" governing discovery when there is good cause.  Here, the defendants seek the Court's oversight to regulate the substance of the inspection so that once the document is given to the government it will assure that the document's original character is maintained.  The most effective means of accomplishing that is for the Court to enter an appropriate protective order that will govern the substance and timing of the government's examination of the document.

5.      Defendants seek leave to submit the original document to the Court after the filing of this motion so that it is available for the Court to direct the appropriate distribution of the original in such manner as it deems proper.

       WHEREFORE, defendants pray the Court will consider the matter set forth herein and, after due consideration, enter an appropriate protective order, accept custody of the document, and regulate the time and substance of the government's inspection of the document.

                                        Respectfully submitted,


                                        s/Joseph P. Van Heest
                                        **JOSEPH P. VAN HEEST**
                                        Counsel for Jeffrey Howard Stayton
                                        AL Bar Code: VAN026
                                        Law Office of Joseph P. Van Heest, LLC
                                        Post Office Box 4026
                                        402 South Decatur Street
                                        Montgomery, AL 36103-4026
                                        (334) 263-3551
                                        (334) 263-3227 (fax)
                                        jpvanheestcourts@bellsouth.net

>s/Stephen R. Glassroth
>STEPHEN R. GLASSROTH
>Counsel for William Curtis Childree
>AL Bar Code: GLA005
>Post Office Box 996
>Macon, Georgia 31202-0996
>(478) 743-4747
>(478) 743-4749 (fax)
>steve.glassroth@gmail.com

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that on July 26, 2007, the foregoing document was electronically filed the with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

>s/Joseph P. Van Heest
>**JOSEPH P. VAN HEEST**
>Counsel for Jeffrey Howard Stayton
>AL Bar Code: VAN026
>Law Office of Joseph P. Van Heest, LLC
>Post Office Box 4026
>402 South Decatur Street
>Montgomery, AL 36103-4026
>(334) 263-3551
>(334) 263-3227 (fax)
>jpvanheestcourts@bellsouth.net