IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06cr66-WSD |
| | ) | |
| JEFFREY HOWARD STAYTON | ) | |
| WILLIAM CURTIS CHILDREE | ) | |

## ORDER SETTING TRIAL

The following filing schedule shall govern the processing of this case for trial:

1. September 24, 2007: Parties required to file motions in limine and all other motions affecting the trial.

2. October 11, 2007: Parties required to file responses to motions.

3. October 29, 2007: Parties required to file replies to responses to motions.

4. November 19, 2007 at 10:00 a.m.: Pretrial conference

5. November 26, 2007: Trial

**Five (5) business days prior** to the **pretrial conference**, parties shall submit to the Court their proposed voir dire questions. For trial management purposes, each party also will submit to the Court a list of witnesses each party intends to call in their case-in-chief.

**Five (5) business days prior** to the **first day of trial**, each party shall deliver to the Court the following:

1.  Requests to charge. Requests to charge are required only with respect to the legal issues specific to the case being tried. The Court uses the Eleventh Circuit Pattern Instructions for general matters (e.g. burden of proof, direct and circumstantial evidence, expert testimony). At the pretrial conference, the Court will provide the parties with a copy of its charges on general matters. If a party requests the Court to consider a change to a pattern instruction on a general matter, the request may be made by submitting a request to charge indicating clearly how the party requests the pattern charge to be altered.

    Requests to Charge specific to the case shall be filed with the Clerk of Court, a copy served on opposing counsel and a copy provided to the Court's chambers. The case specific requests provided to the Court's chambers shall have attached to each charge the legal authority supporting the request (e.g. statute, case opinion, regulation). A copy of each party's Requests to Charge shall be provided to the Court on a computer disk in Word Perfect format.

2.  Proposed verdict form. A proposed verdict form shall be submitted by each party.

    **Trial matters**

1.  Counsel statements. Opening statements are limited to fifteen (15) minutes per

side. Closing arguments are limited to thirty (30) minutes per side. Parties requesting more time for these presentations must seek leave of Court at the pretrial conference.

    2.    <u>Efficient use of jury time</u>. When the jury is in the courtroom, it is the Court's and the litigants' responsibility to use the jury's time efficiently. If matters need to be taken up outside the presence of the jury, they should be raised during breaks or before the start or after conclusion of the trial day.

If you have any questions about this trial notice or preparation for trial, you may contact Jessica Birnbaum, the Court's Courtroom Deputy Clerk, by telephone at (404) 215-1484 or by e-mail at jessica_birnbaum@gand.uscourts.gov.

**SO ORDERED** this 26th day of July, 2007.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE