IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06cr66-WSD |
| | ) | |
| JEFFREY HOWARD STAYTON | ) | |
| WILLIAM CURTIS CHILDREE | ) | |

**ORDER**

For good cause, it is

ORDERED that oral argument presently for July 31, 2007, at 3:00 p.m. be and is hereby RESET to 10:00 a.m. CST on August 1, 2007. This proceeding shall be conducted by telephone conference. The United States shall set up the telephone conference.

Done this 31st day of July, 2007.

                                          /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE