IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06cr66-WSD |
| | ) | |
| JEFFREY HOWARD STAYTON | ) | |
| WILLIAM CURTIS CHILDREE | ) | |

ORDER

In accordance with the understandings reached during argument on the defendants' motion for protective order held on August 1, 2007, it is

ORDERED that on or before August 8, 2007, the parties shall file a jointly prepared proposed order memorializing the understandings and agreements reached today. The proposed order shall also be sent in WordPerfect or Word format to the undersigned's proposed order e-mail address: propord_coody@almd.uscourts.gov.

Done this 1st day of August, 2007.

　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE