IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CASE NO. 1:06-CR-66-WSD |
| | ) | |
| JEFFREY HOWARD STAYTON | ) | |
| WILLIAM CURTIS CHILDREE | ) | |

ORDER

This matter comes before the Court upon the defendants' joint motion for a protective order (doc. # 74) to regulate the inspection by the United States of a document newly produced by defendant William Childree. The United States opposed the motion. The court heard argument on the motion on August 1, 2007, during which the parties reached understandings and agreements. The court entered on August 1, 2007, an order requiring the parties to submit a jointly prepared proposal for an order memorializing those understandings and agreements which resolve the issues relating to the inspection of the document. Accordingly, it is

ORDERED that the motion be and is hereby GRANTED to the extent that the defendants shall provide the original document to the United Statesfor inspection, pursuant to Federal Rule of Criminal Procedure 16(b)(1)(A). It is further

ORDERED that the defendants shall deliver the original document via overnight delivery by no later than August 1, 2007, to the federal agent previously designated by the United States. It is further

ORDERED that no later than August 29, 2007, the United States shall complete its

testing and inspection of the document. It is further

ORDERED that, pursuant to Federal Rule of Criminal Procedure 16(a), the United States shall provide the defendants with the results or reports of such testing if the United States intends to call a witness who prepared the report and the report relates to the witness' testimony. It is further

ORDERED that if no report of the testing is created or if the United States does not intend to call a witness who prepared any such report, then the United States shall provide the defendants with a summary of the testing procedures conducted and, if applicable, an explanation of why the testing physically altered the original document.

Done this 9th day of August, 2007.


      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE