IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CASE NO. 1:06-CR-66-WSD |
| | ) | |
| JEFFREY HOWARD STAYTON | ) | |
| WILLIAM CURTIS CHILDREE | ) | |

ORDER

Upon consideration of the United States' motion for extension of time to file notice of completion of analysis of defendant's newly produced document (doc. # 82), it is

ORDERED that the motion be and is hereby GRANTED and that the United States shall complete its testing and inspection of the document no later than September 13, 2007.

Done this 30th day of August, 2007.

　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE