IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. NO. 1:06cr66-WSD |
| | ) | |
| JEFFREY HOWARD STAYTON, | ) | |
| WILLIAM CURTIS CHILDREE | ) | |

**DEFENDANTS' CIPA § 5 NOTICE OF INTENTION
TO DISCLOSE CLASSIFIED INFORMATION**

Respectfully submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
Counsel for Jeffrey Howard Stayton
AL Bar Code: VAN026
Law Office of Joseph P. Van Heest, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
(334) 263-3551
(334) 263-3227 (fax)
jpvanheestcourts@bellsouth.net

s/Stephen R. Glassroth
STEPHEN R. GLASSROTH
Counsel for William Curtis Childree
AL Bar Code: GLA005
Post Office Box 996
Macon, Georgia 31202-0996
(478) 743-4747
(478) 743-4749 (fax)
steve.glassroth@gmail.com

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certify that on August 31, 2007, the foregoing document was electronically filed the with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter. The complete document was served through the procedures set forth by the Court Security Officer.

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
Counsel for Jeffrey Howard Stayton
AL Bar Code: VAN026
Law Office of Joseph P. Van Heest, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
(334) 263-3551
(334) 263-3227 (fax)
jpvanheestcourts@bellsouth.net

s/Stephen R. Glassroth
STEPHEN R. GLASSROTH
Counsel for William Curtis Childree
AL Bar Code: GLA005
Post Office Box 996
Macon, Georgia 31202-0996
(478) 743-4747
(478) 743-4749 (fax)
steve.glassroth@gmail.com