IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | DOCKET NO. 1:06-CR-66-WSD |
| : | |
| JEFFREY HOWARD STAYTON and : | |
| WILLIAM CURTIS CHILDREE, : | |
| Defendants. : | |

**GOVERNMENT'S NOTICE OF COMPLETION OF DOCUMENT ANALYSIS**

Plaintiff, United States of America, by and through its counsel, submits this Notice, pursuant to the Court's orders of August 9, 2007 and August 30, 2007, and represents the following:

1. On August 9, 2007, this Court issued an Order directing the defendants to produce for inspection and testing by the government a newly produced original document, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

2. The Court's initial Order directed the government to complete its inspection and testing by August 29, 2007.

3. On August 30, 2007, the Court issued an Order granting the government's unopposed request for an additional two weeks to conduct the testing and inspection, and directing that such testing and inspection be completed no later than September 13, 2007.

4. By this Notice, the government represents that the testing and inspection of the document

    were completed by September 11, 2007, and the government will coordinate with defense counsel for return of the document as quickly as possible in a mutually agreed-upon manner.

5.     The government will provide the defendants with information regarding the testing, consistent with the Court's August 9, 2007 Order.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| William M. Welch II<br>Chief<br>Public Integrity Section | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>National Security Division |
| BY:   s/ Matthew L. Stennes<br>      Shaun M. Palmer<br>      Matthew L. Stennes<br>      Trial Attorneys<br>      Criminal Division, Public Integrity Section<br>      10th Street & Constitution Avenue, NW<br>      Washington, DC 20530<br>      Phone: (202) 514-1412<br>      Fax: (202) 514-3003<br>      Email: shaun.palmer@usdoj.gov<br>            matthew.stennes@usdoj.gov | Counterespionage Section<br>10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836<br>Email: mariclaire.rourke@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify on this 11th day of September 2007, that I filed by ECF the attached document, which automatically served copies upon:

Stephen R. Glassroth, Esq.
William A. Bootle U.S. Courthouse
475 Mulberry Street
PO Box 996
Macon, GA 31202-0996

Joseph P. Van Heest, Esq.
Law Office of Joseph P. Van Heest, LLC
402 South Decatur Street
Montgomery, AL  36104
(334) 263-3551

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| William M. Welch II<br>Chief<br>Public Integrity Section | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>National Security Division<br>Counterespionage Section |
| BY:   s/Matthew L. Stennes<br>        Shaun M. Palmer<br>        Trial Attorney<br>        Criminal Division<br>        Public Integrity Section<br>        10th Street & Constitution Avenue, NW<br>        Washington, DC 20530<br>        Phone: (202) 514-1412<br>        Fax: (202) 514-3003<br>        Email: shaun.palmer@usdoj.gov | 10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836<br>Email: mariclaire.rourke@usdoj.gov |