IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | |
| | : | DOCKET NO. 1:06-CR-66-WSD |
| JEFFREY HOWARD STAYTON and | : | |
| WILLIAM CURTIS CHILDREE, | : | |
| Defendants. | : | |
| _____ | : | |

**GOVERNMENT'S MOTION FOR MODIFICATION OF SCHEDULING ORDER WITH RESPECT TO TIMING OF GOVERNMENT'S FILING PURSUANT TO SECTION 6 OF THE CLASSIFIED INFORMATION PROCEDURES ACT**

Comes now, the United States of America, by and through undersigned counsel, and states as follows:

1. On August 31, 2007, defendants in the above-captioned matter filed their notice under Section 5 of the Classified Information Procedures Act ("CIPA").

2. On September 10, 2007, the government filed its response to defendants' Section 5 notice, stating, *inter alia*, that the notice failed to comply with the requirements of CIPA and prevented the government, absent an amended Section 5 notice by defendants, from preparing a complete and adequate filing pursuant to CIPA Section 6.

3. The Court Security Officer has informed the government that, due to the complications of establishing a process for transmission of classified information to the Court, the Court has only recently been provided a copy of the government's response to defendants'

CIPA Section 5 filing.

4.   Pursuant to the Court's Scheduling Order of July 20, 2007, the government's CIPA Section 6 filing is due today, September 24, 2007.  However, as set forth in the government's response to defendants' CIPA Section 5 filing, the government is unable, absent further information from defendants, to prepare a complete and adequate CIPA Section 6 filing.

5.   Therefore, the government hereby moves this Court to modify its Scheduling Order of July 20, 2007 to require the government to file its notice pursuant to CIPA Section 6 not more than fifteen (15) days after either: (a) defendants have filed an amended CIPA Section 5 notice, if the Court so orders defendants; or (b) the Court issues an Order determining that defendants' initial notice meets the requirements of CIPA Section 5.

6.   A proposed Order is attached.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| William M. Welch II<br>Chief<br>Public Integrity Section | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>National Security Division |
| BY:   s/ Matthew L. Stennes<br>Shaun M. Palmer<br>Matthew L. Stennes<br>Trial Attorneys<br>Criminal Division, Public Integrity Section<br>10th Street & Constitution Avenue, NW<br>Washington, DC 20530<br>Phone: (202) 514-1412<br>Fax: (202) 514-3003<br>Email: shaun.palmer@usdoj.gov<br>        matthew.stennes@usdoj.gov | Counterespionage Section<br>10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836<br>Email: mariclaire.rourke@usdoj.gov |

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | |
| : | DOCKET NO. 1:06-CR-66-WSD |
| JEFFREY HOWARD STAYTON and : | |
| WILLIAM CURTIS CHILDREE, : | |
| Defendants. : | |

## **ORDER**

THIS MATTER COMING before this Court on the government's Motion for Modification of Scheduling Order with Respect to Timing of Government's Filing Pursuant to Section 6 of the Classified Information Procedures Act, good cause having been shown,

IT IS HEREBY ORDERED that the government's motion is GRANTED;

IT IS FURTHER ORDERED that the government shall file its notice pursuant to CIPA Section 6 not more than fifteen (15) days after either: (a) defendants have filed an amended CIPA Section 5 notice, if this Court so orders defendants; or (b) the Court issues an Order determining that defendants' initial notice meets the requirements of CIPA Section 5.

IT IS SO ORDERED this ___ day of September, 2007.

_____
William S. Duffey, Jr.
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify on this 24th day of September 2007, that I filed by ECF the attached document, which automatically served copies upon:

Stephen R. Glassroth, Esq.
William A. Bootle U.S. Courthouse
475 Mulberry Street
PO Box 996
Macon, GA 31202-0996

Joseph P. Van Heest, Esq.
Law Office of Joseph P. Van Heest, LLC
402 South Decatur Street
Montgomery, AL  36104
(334) 263-3551.

                                         RESPECTFULLY SUBMITTED,

| | |
|---|---|
| William M. Welch II<br>Chief<br>Public Integrity Section | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>National Security Division<br>Counterespionage Section |
| BY:  s/Shaun M. Palmer<br>       Shaun M. Palmer<br>       Trial Attorney<br>       Criminal Division<br>       Public Integrity Section<br>       10th Street & Constitution Avenue, NW<br>       Washington, DC 20530<br>       Phone: (202) 514-1412<br>       Fax: (202) 514-3003<br>       Email: shaun.palmer@usdoj.gov<br>              matthew.stennes@usdoj.gov | 10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836<br>Email: mariclaire.rourke@usdoj.gov |