IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : |
| | : DOCKET NO. 1:06-CR-66-WSD |
| JEFFREY HOWARD STAYTON and | : **FILED UNDER SEAL** |
| WILLIAM CURTIS CHILDREE, | : |
| Defendants. | : |

**GOVERNMENT'S MOTION *IN LIMINE* TO EXCLUDE REFERENCES TO OR EVIDENCE OF [CERTAIN SENSITIVE OR CLASSIFIED TOPICS]**

[MOTION, PROPOSED ORDER, AND CERTIFICATE OF SERVICE FILED UNDER SEAL PURSUANT TO PROCEDURES ESTABLISHED BY COURT AND COURT SECURITY OFFICER]

RESPECTFULLY SUBMITTED,

William M. Welch II
Chief
Public Integrity Section

BY:  s/ Matthew L. Stennes
Shaun M. Palmer
Matthew L. Stennes
Trial Attorneys
Criminal Division, Public Integrity Section
10th Street & Constitution Avenue, NW
Washington, DC 20530
Phone: (202) 514-1412
Fax: (202) 514-3003
Email: shaun.palmer@usdoj.gov
       matthew.stennes@usdoj.gov

Mariclaire Rourke
Trial Attorney
U.S. Department of Justice
National Security Division
Counterespionage Section
10th St. & Constitution Ave., NW
Washington, DC 20530
Phone: (202) 514-1187
Fax: (202) 514-2836
Email: mariclaire.rourke@usdoj.gov