9 Jan 2002

Dear Curt —

I cannot thank you enough for the loan — this will open up a quick path for me to refinance my house. I know you didn't have to do it and that is what makes it so special.

We need to sit down and write out some terms for this soon. I would like to pay you back when I sell this house or when Jessica graduates — whichever comes first, if that is OK with you.

You are a kind and warm friend — I don't care what anyone else says about you —

Thanks a million

[signature]