IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. NO. 1:06cr66-WSD |
| | ) | |
| JEFFREY HOWARD STAYTON | ) | |
| WILLIAM CURTIS CHILDREE | ) | |

**DEFENDANTS' MOTION FOR ORDER EXTENDING TIME
FOR FILING MOTIONS IN LIMINE**

Come now the defendants, by their respective undersigned counsel, who move the Court, for an extension in time to file Motions in Limine. In support of this motion, the defendants state the following:

1.  On July 27, 2007, the Court issued an Order Setting Trial to begin on November 26, 2007. That Order also set September 24, 2007 as the date for filing motions in limine and all other motions affecting the trial.

2.  The defendants filed their Classified Information Procedures Act (CIPA) Section 5 on August 31, 2007. The CIPA issues remain unresolved at this point. Consequently, the government filed a motion to modify the CIPA scheduling order to extend time for filing their CIPA Section 6 filing.

3.  The government has notified the defense that it intends to turn over Jencks material 45 days prior to trial – October 13, 2007. As the defense has previously noted, the disclosure of Jencks material at that time may necessitate further CIPA Section 5 & 6 filings. The defense also strongly suspects that once Jencks material is turned over, there will be a need to file motions in limine regarding information learned from those documents.

4. The defense maintains that motions in limine related to the outcome of the CIPA issues may need to be filed after the CIPA issues are resolved.

WHEREFORE, defendants pray the Court will consider the matters set forth herein and, after due consideration, grant the motion to extend time for filing motions in limine to the extent they are related either directly or derivatively to issues which become known following the resolution of the CIPA Sections 5 & 6 matters and the disclosure of Jencks materials by the government in mid-October, 2007.

Respectfully submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
Counsel for Jeffrey Howard Stayton
AL Bar Code: VAN026
Law Office of Joseph P. Van Heest, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
(334) 263-3551
(334) 263-3227 (fax)
jpvanheestcourts@bellsouth.net

s/Stephen R. Glassroth
STEPHEN R. GLASSROTH
Counsel for William Curtis Childree
AL Bar Code: GLA005
Post Office Box 996
Macon, Georgia 31202-0996
(478) 743-4747
(478) 743-4749 (fax)
steve.glassroth@gmail.com

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that on September 24, 2007, the foregoing document was electronically filed the with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
Counsel for Jeffrey Howard Stayton
AL Bar Code: VAN026
Law Office of Joseph P. Van Heest, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
(334) 263-3551
(334) 263-3227 (fax)
jpvanheestcourts@bellsouth.net
