IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. NO. 1:06cr66-WSD |
| | ) | |
| JEFFREY HOWARD STAYTON | ) | |
| WILLIAM CURTIS CHILDREE | ) | |

### DEFENDANTS' MOTION FOR ADDITIONAL TIME TO MAKE FURTHER CIPA SECTION 5 FILING

Come now the defendants, by their respective undersigned counsel, who move the Court for the entry of an order granting them an additional fourteen (14) days within which to make their additional filing under CIPA § 5. In support of their motion, the following is shown to the Court:

1. On October 1, 2007, the Court directed counsel for the accused to make their supplemental filing under CIPA § 5 on or before October 19, 2007, based on the government's production of Jencks material.

2. On October 13, 2007, counsel for Mr. Stayton received the Jencks material from the government and counsel for Mr. Childree received the same on October 15, 2007. The material provided by the government was approximately 600 pages, consisting of various witness statements, summaries and related material.

3. Since the material was received counsel and their clients have worked diligently, carefully reviewing the material and despite their best efforts have been unable to effectively complete the review necessary in order to properly assess the full range of arguments of the need for the further use of additional classified material. In addition, the production by the government has shown that the information which was the subject of defendants' amended CIPA § 5 made on October 10, 2007,

has attained even greater relevance than was previously shown and defendants need the opportunity to further demonstrate the importance of using such material in order to receive a fair trial. In order to effectively accomplish that, more time is needed.

4.     The identity of one person in the recently provided Jencks material has been redacted as classified. That individual's statement is exculpatory in that it contradicts the picture the government has attempted to paint claiming mismanagement of the contract and favoritism toward the contractor. Those individuals upon whom the government relies to support its claims of mismanagement and favoritism lack the actual knowledge of the individual whose identity is redacted. Hence, it will be necessary to obtain not only his identity but also all documentation which he has to support the facts which he knows to be true.

WHEREFORE, defendants pray the Court will consider the matter set forth herein and, after due consideration, enter an appropriate order granting them an additional fourteen (14) days within which to make their supplemental filing pursuant to CIPA § 5.

Respectfully submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
Counsel for Jeffrey Howard Stayton
AL Bar Code: VAN026
Law Office of Joseph P. Van Heest, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
(334) 263-3551
(334) 263-3227 (fax)
jpvanheestcourts@bellsouth.net

        s/Stephen R. Glassroth
        STEPHEN R. GLASSROTH
        Counsel for William Curtis Childree
        AL Bar Code: GLA005
        Post Office Box 996
        Macon, Georgia 31202-0996
        (478) 743-4747
        (478) 743-4749 (fax)
        steve.glassroth@gmail.com

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on October 19, 2007, the foregoing document was electronically filed the with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

        s/Joseph P. Van Heest
        **JOSEPH P. VAN HEEST**
        Counsel for Jeffrey Howard Stayton
        AL Bar Code: VAN026
        Law Office of Joseph P. Van Heest, LLC
        Post Office Box 4026
        402 South Decatur Street
        Montgomery, AL 36103-4026
        (334) 263-3551
        (334) 263-3227 (fax)
        jpvanheestcourts@bellsouth.net