IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA         :
                                 :
                                 :
        vs.                      :
                                 :         DOCKET NO. 1:06-CR-66-WSD
                                 :
JEFFREY HOWARD STAYTON and       :
                                 :
WILLIAM CURTIS CHILDREE,         :
                                 :
        Defendants.              :
_____  :

## GOVERNMENT'S RESPONSE TO DEFENDANTS' MOTION FOR ADDITIONAL TIME TO MAKE FURTHER CIPA SECTION 5 FILING

Plaintiff, United States of America, by and through its counsel, submits this response to

Defendants' Motion for Additional Time to Make Further CIPA Section 5 Filing:

1.    On October 19, 2007, defendants filed a request for an additional fourteen (14) days

within which to make an additional filing under CIPA Section 5, based on their purported

need to review and address the witness statements produced by the government on

October 13, 2007.  Defendants' stated need for additional time is especially curious given

that not a single page of the government's production of witness statements contains

classified information and thus would not properly form the subject of a Section 5 filing.

2.    Nevertheless, in an effort to allow defendants to complete their review of the materials

and supplement their filing, the government does not object to a short extension.

However, in the interest of preserving the November 26, 2007 trial date, it is crucial that

the Court set an aggressive schedule to ensure all of the necessary litigation under CIPA

is concluded sufficiently in advance of trial.[1]

3.      Because the parties' filings pursuant to Section 6 of CIPA need to address all of the

defendants' proposed use of classified information, including the content of specific

witness testimony and references to particular documents, the defendants' requested delay

necessarily slows down the entire CIPA process.

4.      Therefore, the government proposes that defendants receive an additional ten (10) days

within which to supplement their CIPA Section 5 filing, and that the Court order that this

filing be a **final** CIPA Section 5 filing, absent a showing of extraordinary circumstances.

In other words, defendants must be prohibited after this point from offering any other

classified information at trial for which they have not provided legally sufficient notice

pursuant to CIPA.

5.      Upon defendants' filing of an amended Section 5 notice setting forth the specific

classified evidence they intend to disclose at trial (both testimonial and documentary),

defendants will then need to establish the use, relevance, and admissibility at trial of that

evidence, pursuant to CIPA Section 6.  In order to streamline that process and ensure that

these issues are clearly before the Court at the Section 6 hearing, the defendants should be

ordered to provide any written basis for the "use, relevance and admissibility" of the

proffered classified information in writing.

6.      The government proposes that it file its motion pursuant to Section 6(a) of CIPA

---

[1]The government notes that, should the Court grant the Government's Motion *in Limine* to
exclude References to or Evidence of [CERTAIN SENSITIVE TOPICS], filed **under seal** on
September 24, 2007, many of these CIPA issues will be resolved short of a protracted CIPA
process.  The government plans to file its Reply Memorandum in support of this motion as soon
as possible, but in any event no later than Monday, October 29, 2007.

responding to the arguments raised by defendants concerning the use, relevance, and admissibility of the evidence identified in defendants' Section 5 notice and requesting an *in camera* hearing to hear argument on these issues, which will have already been briefed and submitted to the Court.

7.      Consistent with the steps identified above, the government proposes the following modified schedule:

October 30, 2007 – Defendants file their **final** CIPA Section 5 notice

November 9, 2007 – Defendant files its CIPA Section 6 submission addressing the "use, relevance and admissibility" of the proffered evidence

November 14, 2007 – Government files its CIPA Section 6 submission

November 19, 2007 – Sealed hearing pursuant to CIPA Section 6, held in conjunction with pretrial conference

8.      A proposed Order is attached.

                              RESPECTFULLY SUBMITTED,


William M. Welch II                          Mariclaire Rourke
Chief                                        Trial Attorney
Public Integrity Section                     U.S. Department of Justice
                                             National Security Division
BY:    s/ Matthew L. Stennes                 Counterespionage Section
       Shaun M. Palmer                       10th St. & Constitution Ave., NW
       Matthew L. Stennes                    Washington, DC 20530
       Trial Attorneys                       Phone: (202) 514-1187
       Criminal Division, Public Integrity Section   Fax: (202) 514-2836
       10th Street & Constitution Avenue, NW   Email: mariclaire.rourke@usdoj.gov
       Washington, DC 20530
       Phone: (202) 514-1412 / Fax: (202) 514-3003
       Email: shaun.palmer@usdoj.gov
                matthew.stennes@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on this 24th day of October 2007, that I filed by ECF the attached

document, which automatically served copies upon:

Stephen R. Glassroth, Esq.
William A. Bootle U.S. Courthouse
475 Mulberry Street
PO Box 996
Macon, GA 31202-0996

Joseph P. Van Heest, Esq.
Law Office of Joseph P. Van Heest, LLC
402 South Decatur Street
Montgomery, AL  36104
(334) 263-3551.

RESPECTFULLY SUBMITTED,


William M. Welch II                          Mariclaire Rourke
Chief                                        Trial Attorney
Public Integrity Section                     U.S. Department of Justice
                                             National Security Division
                                             Counterespionage Section
BY:   s/Shaun M. Palmer                      10th St. & Constitution Ave., NW
      Shaun M. Palmer                        Washington, DC 20530
      Trial Attorney                         Phone: (202) 514-1187
      Criminal Division                      Fax: (202) 514-2836
      Public Integrity Section               Email: mariclaire.rourke@usdoj.gov
      10th Street & Constitution Avenue, NW
      Washington, DC 20530
      Phone: (202) 514-1412
      Fax: (202) 514-3003
      Email: shaun.palmer@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA  :
          :
          :
  vs.        :
          :  DOCKET NO. 1:06-CR-66-WSD
          :
JEFFREY HOWARD STAYTON and :
          :
WILLIAM CURTIS CHILDREE,  :
          :
  Defendants.     :
_____:

## **ORDER**

It is hereby ORDERED that:

Defendants' Motion for Additional Time to Make Further CIPA Section 5 Filing is GRANTED IN PART AND DENIED IN PART.

Defendants shall have an additional ten (10) days from the date of their motion to file a supplemental notice under Section 5 of the Classified Information Procedures Act (CIPA). After that time, defendants are precluded from offering any additional classified information at trial, absent a showing of extraordinary circumstances as to why they did not provide timely notice.

Therefore, the Scheduling Order in this matter is HEREBY MODIFIED as follows:

**October 30, 2007** – Defendants shall file their **final** CIPA Section 5 notice

**November 9, 2007** – Defendants shall file a written CIPA Section 6 submission setting forth the basis for the "use, relevance and admissibility" of the proffered classified information, including specific documents and witness testimony.

**November 14, 2007** – Government shall file its CIPA Section 6 submission and response to defendants' arguments regarding "use, relevance and admissibility"

**November 19, 2007** – Sealed hearing pursuant to CIPA Section 6 to be held in Chambers/Courtroom ___, United States Courthouse, One Church Street, Montgomery, Alabama immediately following the pre-trial conference.

It is SO ORDERED this _____ of October, 2007.


_____
WILLIAM S. DUFFEY
U.S. District Judge

2