IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY HOWARD STAYTON,<br>and<br>WILLIAM CURTIS CHILDREE,<br><br>    Defendants. | 1:06-cr-66-WSD |

## ORDER

**IT IS HEREBY ORDERED** that the Government's Motion for In Camera Hearing [111] is **GRANTED.** A sealed, in camera hearing pursuant to Section Six (6) of the Classified Information Procedures Act ("CIPA") shall be held in courtroom 4-B at the U.S. Courthouse in Montgomery, Alabama on Monday, November 19, 2007 at 10:00 a.m.

**IT IS HEREBY FURTHER ORDERED** that the Defendants shall submit, by no later than 12:00 p.m. EST on November 16, 2007, a written submission setting forth the "use, relevance, or admissibility," 18 U.S.C. App. 3 § 6(a), of each individual piece of classified information identified in Defendants' CIPA § 5

submissions and which has been identified as classified in the Government's CIPA § 6 Notice [111] and accompanying declaration.

**SO ORDERED** this 9th day of November 2007.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE