IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06CR66-WSD |
| | ) | |
| JEFFREY HOWARD STAYTON and | ) | |
| WILLIAM CURTIS CHILDREE | ) | |

**ORDER**

For good cause, it is

ORDERED that Document Number 115 be and is hereby filed under seal pending further order of the court.

Done this 13th day of November, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE