**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CR. NO. 1:06cr66-WSD |
| ) | |
| JEFFREY HOWARD STAYTON, ) | **FILED UNDER SEAL** |
| WILLIAM CURTIS CHILDREE ) | |

**DEFENDANTS' CIPA § 6(a) SUBMISSION ON USE, RELEVANCE, AND ADMISSIBLITY OF INDIVIDUAL PIECES OF CLASSIFIED INFORMATION**

   CIPA § 6(a) Submission Filed Under Seal Pursuant to Procedures Established by Court and Court Security Officer

                              Respectfully submitted,


                              s/Joseph P. Van Heest
                              **JOSEPH P. VAN HEEST**
                              Counsel for Jeffrey Howard Stayton
                              AL Bar Code: VAN026
                              Law Office of Joseph P. Van Heest, LLC
                              Post Office Box 4026
                              402 South Decatur Street
                              Montgomery, AL 36103-4026
                              (334) 263-3551
                              (334) 263-3227 (fax)
                              jpvanheestcourts@bellsouth.net


                              s/Stephen R. Glassroth
                              STEPHEN R. GLASSROTH
                              Counsel for William Curtis Childree
                              AL Bar Code: GLA005
                              Post Office Box 996
                              Macon, Georgia 31202-0996
                              (478) 743-4747
                              (478) 743-4749 (fax)
                              steve.glassroth@gmail.com

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certify that on November 15, 2007, the foregoing document was electronically filed the with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter. The complete document was served through the procedures set forth by the Court Security Officer.

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
Counsel for Jeffrey Howard Stayton
AL Bar Code: VAN026
Law Office of Joseph P. Van Heest, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
(334) 263-3551
(334) 263-3227 (fax)
jpvanheestcourts@bellsouth.net

s/Stephen R. Glassroth
**STEPHEN R. GLASSROTH**
Counsel for William Curtis Childree
AL Bar Code: GLA005
Post Office Box 996
Macon, Georgia 31202-0996
(478) 743-4747
(478) 743-4749 (fax)
steve.glassroth@gmail.com