IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR. NO. 1:06cr66-WSD |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | |
| JEFFREY HOWARD STAYTON | ) | Petition Of The Assistant |
| WILLIAM CURTIS CHILDREE | ) | Attorney General, National Security Division, For In Camera Hearing |

DISTRICT OF COLUMBIA:

Kenneth Wainstein duly sworn, deposes and says:

1. I am the Assistant Attorney General in charge of the National Security Division, United States Department of Justice.

2. The Attorney General, pursuant to Section 14 of the Classified Information Procedures Act, 18 United States Code, App. 3 (hereinafter CIPA or "the Act"), has designated the Assistant Attorney General, National Security Division, to exercise or perform the functions and duties conferred upon the Attorney General and the Deputy Attorney General by the Act.

3. I submit this affidavit pursuant to Section 6(a) of CIPA, which authorizes me, as an Assistant Attorney General designated by the Attorney General for such purpose, to request that a hearing be held in camera, if I certify that a public proceeding may result in the disclosure of classified information.

4. The matters stated herein are based upon my knowledge, upon review and consideration of documents and information available to me in my official capacity as Assistant

Attorney General, National Security Division, upon discussions that I have had with other Justice Department officials, and upon conclusions reached after my review of this information.

5.   I certify that a public proceeding under Section 6(a) of CIPA may result in the disclosure of classified information.

6.   I respectfully request this Court, pursuant to Section 6(a) of CIPA, conduct an <u>in camera</u> hearing and make all determinations concerning the use, relevance, or admissibility of classified information that would otherwise be made during trial or pretrial proceedings in this matter.

_____
Kenneth Wainstein
Assistant Attorney General
National Security Division


Subscribed to and Sworn to before me this _____ day of November ____, 2007.

_____
Notary Public in and for the State of _____,

Residing in _____

Commission Expires_____

Rhodora N. Woolner
Notary Public for the District of Columbia
My commission Expires: April 30, 2010