IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| | : | |
| vs. | : | |
| | : | DOCKET NO. |
| | : | 1:06-CR-66-WSD |
| JEFFREY HOWARD STAYTON and | : | |
| | : | UNDER SEAL |
| WILLIAM CURTIS CHILDREE, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## GOVERNMENT'S CIPA SECTION 6(a) MOTION CONCERNING THE USE, RELEVANCE, AND ADMISSIBILITY OF CLASSIFIED INFORMATION

RESPECTFULLY SUBMITTED,

William M. Welch II
Chief
Public Integrity Section

BY:  s/ Shaun M. Palmer
Shaun M. Palmer
Matthew L. Stennes
Trial Attorneys
Criminal Division, Public Integrity Section
10th Street & Constitution Avenue, NW
Washington, DC 20530
Phone: (202) 514-1412
Fax: (202) 514-3003
Email: shaun.palmer@usdoj.gov
        matthew.stennes@usdoj.gov

Mariclaire Rourke
Trial Attorney
U.S. Department of Justice
National Security Division
Counterespionage Section
10th St. & Constitution Ave., NW
Washington, DC 20530
Phone: (202) 514-1187
Fax: (202) 514-2836
mariclaire.rourke@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on this 16th day of November 2007, that I filed with the

Court the foregoing document and provided a copy to the Court Security Officer

who will provide a secure copy to the following:

Stephen R. Glassroth, Esq.
William A. Bootle U.S. Courthouse
475 Mulberry Street
PO Box 996
Macon, GA 31202-0996
(478) 743-4747

Joseph P. Van Heest, Esq.
Law Office of Joseph P. Van Heest, LLC
402 South Decatur Street
Montgomery, AL  36104
(334) 263-3551

                              RESPECTFULLY SUBMITTED,


        William M. Welch II                    Mariclaire Rourke
        Chief                                  Trial Attorney
        Public Integrity Section               U.S. Department of Justice
                                               National Security Division
BY:    s/ Shaun M. Palmer                      Counterespionage Section
        Shaun M. Palmer                        10th St. & Constitution Ave., NW
        Matthew L. Stennes                     Washington, DC 20530
        Trial Attorneys                        Phone: (202) 514-1187
        Criminal Division, Public Integrity Section    Fax: (202) 514-2836
        10th Street & Constitution Avenue, NW          mariclaire.rourke@usdoj.gov
        Washington, DC 20530
        Phone: (202) 514-1412
        Fax: (202) 514-3003
        Email: shaun.palmer@usdoj.gov