IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : |
| | : DOCKET NO. 1:06-CR-66-WSD |
| JEFFREY HOWARD STAYTON and | : |
| | : |
| WILLIAM CURTIS CHILDREE, | : |
| | : |
| Defendants. | : |

## UNITED STATES' PROPOSED VERDICT FORM

COMES NOW the United States of America, by and through undersigned counsel, and respectfully requests that the Court utilize the attached verdict form in the above-captioned case.

Respectfully submitted this 16th day of November, 2007.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| William M. Welch II | Mariclaire Rourke |
| Chief | Trial Attorney |
| Public Integrity Section | U.S. Department of Justice |
| | National Security Division |
| BY:  s/ Matthew L. Stennes | Counterespionage Section |
| Shaun M. Palmer | 10th St. & Constitution Ave. |
| Matthew L. Stennes | Washington, DC 20530 |
| Trial Attorneys | Phone: (202) 514-1187 |

Criminal Division, Public Integrity Section   Fax: (202) 514-2836
U.S. Department of Justice                    mariclaire.rourke@usdoj.gov
10th Street & Constitution Avenue
Washington, DC 20530
Phone: (202) 514-1412
Fax: (202) 514-3003
Email: shaun.palmer@usdoj.gov
       matthew.stennes@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : DOCKET NO. 1:06-CR-66-WSD |
| | : |
| JEFFREY HOWARD STAYTON and | : |
| | : |
| WILLIAM CURTIS CHILDREE, | : |
| | : |
| Defendants. | : |

## **Verdict as to Defendant Stayton**

1. We, the Jury, find Defendant Stayton

    _____    Guilty

    _____    Not Guilty

of Honest Services Wire Fraud, as charged in Count One of the Indictment.

2. We, the Jury, find Defendant Stayton

    _____    Guilty

    _____    Not Guilty

of Honest Services Wire Fraud, as charged in Count Two of the Indictment.

3. We, the Jury, find Defendant Stayton

      _____      Guilty

      _____      Not Guilty

of Bribery, as charged in Count Three of the Indictment.

4.      We, the Jury, find Defendant Stayton

      _____      Guilty

      _____      Not Guilty

of Obstruction of Justice, as charged in Count Five of the Indictment.

SO SAY WE ALL.

      _____
      Foreperson

Date:_____

## **Verdict as to Defendant Childree**

1. We, the Jury, find Defendant Childree

    _____    Guilty

    _____    Not Guilty

of Honest Services Wire Fraud, as charged in Count One of the Indictment.

2. We, the Jury, find Defendant Childree

    _____    Guilty

    _____    Not Guilty

of Honest Services Wire Fraud, as charged in Count Two of the Indictment.

3. We, the Jury, find Defendant Childree

    _____    Guilty

    _____    Not Guilty

of Bribery, as charged in Count Four of the Indictment.

SO SAY WE ALL.

_____
Foreperson

Date:_____

# CERTIFICATE OF SERVICE

I hereby certify on this 16th day of November 2007, that I filed by ECF the attached document, which automatically served copies upon:

Stephen R. Glassroth, Esq.
William A. Bootle U.S. Courthouse
475 Mulberry Street
PO Box 996
Macon, GA 31202-0996

Joseph P. Van Heest, Esq.
Law Office of Joseph P. Van Heest, LLC
402 South Decatur Street
Montgomery, AL  36104
(334) 263-3551.


RESPECTFULLY SUBMITTED,

| | |
|---|---|
| William M. Welch II | Mariclaire Rourke |
| Chief | Trial Attorney |
| Public Integrity Section | U.S. Department of Justice |
| | National Security Division |
| BY:  s/ Matthew L. Stennes | Counterespionage Section |
| Shaun M. Palmer | 10th St. & Constitution Ave. |
| Matthew L. Stennes | Washington, DC 20530 |
| Trial Attorneys | Phone: (202) 514-1187 |
| Criminal Division, Public Integrity Section | Fax: (202) 514-2836 |
| U.S. Department of Justice | mariclaire.rourke@usdoj.gov |
| 10th Street & Constitution Avenue | |
| Washington, DC 20530 | |
| Phone: (202) 514-1412 | |
| Fax: (202) 514-3003 | |
| Email: shaun.palmer@usdoj.gov | |
| matthew.stennes@usdoj.gov | |