# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| | * | |
| vs. | * | Cr. No. 1:06CR66-WSD |
| | * | |
| JEFFREY HOWARD STAYTON, and | * | |
| WILLIAM CURTIS CHILDREE, | * | |
| | * | |
| Defendants. | * | |

## DEFENDANT STAYTON'S PROPOSED VERDICT FORM

Comes now, defendant Jeffrey Howard Stayton, by undersigned counsel, and, pursuant to the Court's Order, hereby submits his proposed verdict form.

Respectfully submitted,

s/Joseph P. Van Heest
JOSEPH P. VAN HEEST
Counsel for Jeffrey Howard Stayton
AL Bar Code: VAN026
Law Office of Joseph P. Van Heest, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
(334) 263-3551
(334) 263-3227 (fax)
jpvanheestcourts@bellsouth.net

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on November 18, 2007, the foregoing document was electronically filed the with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
Counsel for Jeffrey Howard Stayton
AL Bar Code: VAN026
Law Office of Joseph P. Van Heest, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
(334) 263-3551
(334) 263-3227 (fax)
jpvanheestcourts@bellsouth.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| | * |
| vs. | *   Cr. No. 1:06CR66-WSD |
| | * |
| **JEFFREY HOWARD STAYTON, and** | * |
| **WILLIAM CURTIS CHILDREE,** | * |
| | * |
| **Defendants.** | * |

## **VERDICT**

As to Count 1 of the Indictment, WE THE JURY find the defendant Jeffrey Howard Stayton:

        Not Guilty   _____
        Guilty       _____

As to Count 2 of the Indictment, WE THE JURY find the defendant Jeffrey Howard Stayton:

        Not Guilty   _____
        Guilty       _____

As to Count 3 of the Indictment, WE THE JURY find the defendant Jeffrey Howard Stayton:

        Not Guilty   _____
        Guilty       _____

As to Count 5 of the Indictment, WE THE JURY find the defendant Jeffrey Howard Stayton:

        Not Guilty   _____
        Guilty         _____

_____
FOREPERSON