# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## MONTGOMERY DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **1:06-cr-66-WSD** |
| **JEFFREY HOWARD STAYTON, and** | **UNDER SEAL** |
| **WILLIAM CURTIS CHILDREE,** | |
| **Defendants.** | |

## NOTICE OF OPINION AND ORDER

The Court has filed under seal an Opinion and Order regarding the use, relevance, and admissibility of certain evidence deemed by the Government to be classified, pursuant to Section 6(a) of the Classified Information Procedures Act, 18 U.S.C. App. 3 § 6(a). The Court Security Officer will disseminate the Order to the parties.

**SO ORDERED** this 26th day of November 2007.

WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE