UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | No. 1:06-CR-66-MEF |
| JEFFREY HOWARD STAYTON and ) | |
| WILLIAM CURTIS CHILDREE ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF APPEARANCE**

COMES NOW the United States of America by and through its undersigned counsel and hereby moves the Court to enter the appearance of Eric Olshan as counsel for the government in the above-captioned matter.

Respectfully submitted this 30th day of November, 2007.

                                          WILLIAM M. WELCH II
                                        Chief

By:    /s/ Eric Olshan
           Trial Attorney
           Public Integrity Section
           Criminal Division
           U.S. Department of Justice
           1400 New York Ave. NW, 12th Fl.
           Washington, DC  20005
           Tel.: 202-514-1412
           Fax: 202-514-3003
           eric.olshan@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, I filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Stephen R. Glassroth, Esq., and Joseph P. Van Heest, Esq.

        WILLIAM M. WELCH II
        Chief

        /s/ Eric Olshan
        Trial Attorney
        Public Integrity Section
        Criminal Division
        U.S. Department of Justice
        1400 New York Ave. NW, 12th Fl.
        Washington, DC  20005
        Tel.: 202-514-1412
        Fax: 202-514-3003
        eric.olshan@usdoj.gov