### UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-1 | United States Individual Income Tax Returns, Forms 1040 & 4868 et al. of William and Lucille Childree for Tax Year 2001, and W-2 of William Childree for Tax Year 2001<br><br>016556 - 016562 | **12/3/07** | **12/3/07** | |
| GX-2 | United States Individual Income Tax Returns, Forms 1040, 4868 et al. of William and Lucille Childree for Tax Year 2002, and W-2 of William Childree for Tax Year 2002<br><br>016563 - 016572 | **12/3/07** | **12/3/07** | |
| GX-3 | United States Individual Income Tax Returns, Forms 1040, 4868 et al. of William and Lucille Childree for Tax Year 2002, and W-2 of William Childree for Tax Year 2003<br><br>016573 - 016585 | **12/3/07** | **12/3/07** | |
| GX-4 | United States Individual Income Tax Returns, Forms 1040, of Jeffrey H. Stayton and Vivian T. Stayton for the years 2001<br><br>000104 - 000114 | **12/3/07** | **12/3/07** | |

**as of December 2, 2007**

### UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|--------|-------------|---------|----------|--------------------------------------|
| GX-5 | United States Individual Income Tax Returns, Forms 1040, of Jeffrey H. Stayton and Vivian T. Stayton for the years 2002<br><br>000115 - 000123 | **12/3/07** | **12/3/07** | |
| GX-6 | United States Individual Income Tax Returns, Forms 1040, of Jeffrey H. Stayton and Vivian T. Stayton for the years 2003<br><br>000124 - 000131 | **12/3/07** | **12/3/07** | |
| GX-7 | Correspondence between Childree and Fontenot re: 1999 Maverick Invoice Dispute<br><br>017537 - 017538; 016883 - 016885 | | | stipulate to authenticity; challenge admissibility |
| GX-7A | May 20, 1999 Letter from Gates to Childree re: 1999 Maverick Invoice Dispute<br><br>016886 | | | stipulate to authenticity; challenge admissibility |

2

### UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-7B | Memorandum for Program Manager, RAM  dated Apr 8, 1999, signed by Jeffrey Stayton<br><br>016887 - 016889 | 12-4-07 | 12-4-07 | stipulate to authenticity; challenge admissibility |
| GX-8 | Email from Brian Patterson to J. Mrozinski and T. Jones re: mission logistics (# personnel, charter aircraft, JHS cost/time estimate), sent November 30, 2001<br><br>017134 | | | want witness to authenticate and admit |
| GX-9 | Various Redacted Mission-Related Contract Documents and Emails<br><br>Email from Brian Patterson to JHS re: cost estimate, sent October 18, 2001<br><br>017685 - 017690 | | | want witness to authenticate and admit |

as of December 2, 2007

## UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
### (1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-10 | AlaNet records of subscriber information for William Curtis Childree from October 4, 1997 until May 17, 2004<br><br>001500 | **12/3/07** | **12/3/07** | |
| GX-11 | AOL/CompuServe records of subscriber information for Jeffrey Stayton, Vivian T. Stayton (no record found), and William C. Childree<br><br>001501 - 001503 | **12/3/07** | **12/3/07** | |
| GX-12 | "Vetted Vendor" Email from Stayton to Cretin, dated 10/22/01<br><br>017078 | 12-4-07 | 12-4-07 | ~~authentication of handwriting~~<br><br>No obj. |
| GX-12A | Email from Stayton to Cretin, dated 10/22/01 re: vetted vendors<br><br>017079 | 12-4-07 | | authentication of handwriting |

*(handwritten: "withdrawn" beside GX-10; "withdrawn" beside GX-11; checkmarks beside GX-10 and GX-11)*

4

as of December 2, 2007

## UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-13 | Various Redacted Mission-Related Contract Documents and Emails<br><br>Email from Cretin to Stayton, dated 02/19/02 re: Mitigation Plans<br><br>017917 - 017930 | | | stipulate to authenticity; question relevance; question whether business record |
| GX-14 | Email from Cretin to JHS and David Franke removing JHS as Chairman of Proposal Evaluation Board due to RAM allegations of misconduct (February 21, 2002)<br><br>012531 | | | stipulate to authenticity; question relevance; Rule 403 objection |
| GX-15 | Redacted Email from Guthrie to Cretin, sent 10/24/01 re: vendor-comparison spreadsheet<br><br>017124 - 017127 | 12-4-07 | 12-4-07 | ~~stipulate to authenticity; question whether business record~~<br><br>no objts. |

5

UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-16 | Amendment of Solicitation 011938 - 11940 | **12/3/07** | **12/3/07** | |
| **GX-17** | OMITTED | | | |
| **GX-18** | Mi-17 Contract | 12-3-07 | 12-3-07 | stipulate to authenticity; challenge business record |
| GX-19 | Contract/Order signed by William C. Childree 012663 | **12/3/07** | **12/3/07** | |
| GX-20 | Emails from JHS to Edwin Guthrie certifying his inspection and approval of charter aircraft and requesting release of $260,000 to Maverick (November 28, 2001); and from Guthrie to JHS notifying him of his authorization to release $260,000 to Maverick (November 29, 2001) 012655 - 012656 | 12-6-07 | 12-6-07 | stipulate to authenticity; otherwise question admissibility |

√
Withdrawn

**as of December 2, 2007**

## UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-20A | Emails from JHS to Edwin Guthrie certifying his inspection and approval of charter aircraft and requesting release of $260,000 to Maverick (November 28, 2001); and from Guthrie to Stayton notifying him that bank has transferred funds to Maverick (November 29, 2001)  017679 | | | stipulate to authenticity; otherwise question admissibility |
| GX-21 | Modification of Contract (effective date December 12, 2001)  015247 - 015250 | **12/3/07** | **12/3/07** | |

7

### UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-22 | Memo for Record re: check for $19,339.24 received from Maverick, dated December 10, 2003, in connection with MA's reimbursement of govt. for fuel charges.<br><br>016948 | **12/3/07** | **12/3/07** | |
| GX-23 | Letter from Edwin D. Guthrie to William Childree requesting reimbursement for fuel costs totaling $19,339.24 (February 12, 2002)<br><br>012945 | **12/3/07** | **12/3/07** | |

8

# UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-24 | Email (with attachments) from Edwin Guthrie to JHS forwarding Contract DATM05-02-C-0005 and Modification P00001 (January 8, 2002); <br><br> Emails from JHS to Edwin Guthrie requesting list of CLINS, contractor requirements, and contract modifications (January 9, 2002); and from Guthrie to JHS resending Contract DATM05-02-C-0005 and Modification P00001 (January 9, 2002) <br><br> 012664 - 012665 | **12/3/07** | **12/3/07** | |
| GX-24A | Emails between JHS and Edwin Guthrie re: modification to contract (January 9, 2002) <br><br> 012666 | **12/3/07** | **12/3/07** | |

**as of December 2, 2007**

UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-25 | Maverick invoice dated June 29, 2002<br><br>012329 -012330 | **12/3/07** | **12/3/07** | |
| GX-26 | Copy of contract documents of Taos Industries in connection with Solicitation for Contract DATM05-02-C-0005<br><br>011229 - 011272 | 12-4-07 | 12-4-07 | ~~challenge authenticity and admissibility~~<br><br>NO objs. |
| GX-27 | VTS proposal in response to solicitation (October 24, 2001)<br><br>011908 - 011937 | **12/3/07** | **12/3/07** | |

10

# UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-28 | Copy of contract documents of Vose Technical Systems, Inc. in connection with Solicitation for Contract DATM05-02-C-0005<br><br>011539 - 011543 | | | stipulate to authenticity to all but handwritten notations |
| GX-29 | Copy of contract document of Vose Technical Systems, Inc. in connection with Solicitation for Contract DATM05-02-C-0005<br><br>011517 | | | want witness to authenticate and admit |
| GX-30 | Email from Vose to Stayton dated October 11, 2001 re: preliminary helicopter cost estimates (with attachments)<br><br>011518 -011521 | **12/3/07** | **12/3/07** | |

11

# UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-31 | Redacted Email from Greg Vose to Stayton dated November 27, 2001 re: visa support<br><br>017932 | | | needs witness to authenticate |
| GX-32 | Email from Stayton to Dave Baskett dated October 10, 2001 re: Mi-17 business (obtained from TTE directly in response to GJ subpoena)<br><br>011273 | **12/3/07** | **12/3/07** | |
| GX-33 | Copy of contract documents of TTE International, Inc. in connection with Solicitation for Contract DATM05-02-C-0005<br><br>011274 - 011276, 011307 - 011310 | **12/3/07** | **12/3/07** | |

12

**as of December 2, 2007**

## UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|--------|-------------|---------|----------|-------------------------------------|
| GX-34 | Various redacted MIPRs (to be provided) | | | REDACTING UNDERWAY; TO BE REVIEWED BY DEFENDANTS PRIOR TO TRIAL; LIKELY NO OBJECTION |
| GX-35 | Email from Dave Baskett to JHS comparing charter aircraft to commercial airlines and suggesting ways to reduce charter aircraft costs (October 25, 2001) (disclosed in JHS' GJ subpoena response)  012642 | 12/3/07 | 12/3/07 | |
| GX-36 | Contract Completion Report | 12/3/07 | 12/3/07 | |
| GX-37 | Dancers, Inc Loan Documents  various bates ranges | 12-3-07 | 12-3-07 | stipulate that authentic and business records, but challenge relevance |

13

UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-38 | CB&T bank records for Account No.   000-510-026-7 (Commercial Checking) maintained in the name of Maverick Aviation from August 2001 through December 2002<br><br>004127 - 004152 | **12/3/07** | **12/3/07** | |
| GX-39 | CB&T bank records for Escrow Account<br><br>various bates ranges | **12/3/07** | **12/3/07** | |
| GX-40 | 5 U.S.C. § 7353 | | | stipulate to authenticity; challenge admissibility |
| GX-41 | 5 C.F.R. § 2635.101 | | | stipulate to authenticity; challenge admissibility |
| GX-42 | 5 C.F.R. § 2635.202 | | | stipulate to authenticity; challenge admissibility |

as of December 2, 2007

UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-43 | 5 C.F.R. § 2635.502 | | | stipulate to authenticity; challenge admissibility |
| GX-44 | 5 C.F.R. § 2635.702 | | | stipulate to authenticity; challenge admissibility |
| GX-45 | William Childree mortgage documents for personal residence – CB&T | **12/3/07** | **12/3/07** | |
| GX-46 | Documents reflecting discharge of mortgage on William Childree's personal residence | **12/3/07** | **12/3/07** | |
| **GX-47** | Spare parts list | 12-4-07 | 12-4-07 | No objs. |
| GX-48 | ~~OMITTED~~ Parts List | 12-4-07 | 12-4-07 | no objs. |

15

**as of December 2, 2007**

## UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-49 | Emails between JHS and Connie Carey re: T-28 service contract (July 29-31, 2002)<br><br>012610 - 012611 | **12/3/07** | **12/3/07** | |
| GX-50 | Emails between Becky Adams and JHS re: DATM01-02-P-0054  (October 1, 2002)<br><br>017760 - 017761 | **12/3/07** | **12/3/07** | |
| GX-51 | T-28 Contract - DATMO1-02-0054<br><br>017763  - 017776 | **12/3/07** | **12/3/07** | |

**as of December 2, 2007**

UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-52 | Various spreadsheets prepared by Victor Villalobos detailing unreturned RAM-ordered parts<br><br>013024 - 013036 | | | need to authenticate handwriting |
| GX-53 | Emails from Victor Villalobos to JHS in which VV quotes Patterson's allegations re: irregularities in bid process with Maverick and JHS (September 10, 2002); from JHS to VV in which he lists his history with RAM, VTS, Taos, etc. (September 10, 2002); and from JHS to VV asking who was present during meeting with Patterson, what Cretin's response was, and stating that CC found no irregularities (September 10, 2002)<br><br>012436, 017715 - 017720 | 12/3/07 | 12/3/07 | |

as of December 2, 2007

# UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
## (1:06-CR-66-MEF)
### Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|--------|-------------|---------|----------|--------------------------------------|
| GX-54 | Confidential Financial Disclosure Report (OGE-450) prepared and signed by Jeffrey H. Stayton on November 7, 2001<br><br>006211 - 006212 | **12/3/07** | **12/3/07** | |
| GX-55 | Confidential Financial Disclosure Report (OGE-450) prepared and signed by Jeffrey H. Stayton on November 18, 2002<br><br>006213 - 006214 | **12/3/07** | **12/3/07** | |

18

**as of December 2, 2007**

UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|--------|-------------|---------|----------|-------------------------------------|
| GX-56 | Confidential Financial Disclosure Report (OGE-450) prepared and signed by Jeffrey H. Stayton on October 14, 2003<br><br>006215 - 006216 | **12/3/07** | **12/3/07** | |
| GX-57 | Ethics Advisory Memorandum from David S. Franke to Jeffrey H. Stayton (December 11, 2002)<br><br>006217 | **12/3/07** | **12/3/07** | |
| GX-58 | Email correspondence between David S. Franke and Jeffrey H. Stayton re: OGE-450/Verizon Stock Issue (November 21, 2003)<br><br>006219 | **12/3/07** | **12/3/07** | |

**as of December 2, 2007**

### UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-59 | Ethics Advisory Memorandum to Jeffrey H. Stayton (November 24, 2003) 006218, 006220 | **12/3/07** | **12/3/07** | |
| GX-60 | Ethics Training Signature Sheets of Jeffrey H. Stayton for 2000 016596 | **12/3/07** | **12/3/07** | |
| GX-60A | Ethics Training Signature Sheets of Jeffrey H. Stayton for 2002 016597 | **12/3/07** | **12/3/07** | |

**as of December 2, 2007**

## UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-60B | Ethics Training Signature Sheets of Jeffrey H. Stayton for 2003<br><br>016598 | **12/3/07** | **12/3/07** | |
| GX-60C | Ethics Training Signature Sheets of Jeffrey H. Stayton for 2004<br><br>016599 | **12/3/07** | **12/3/07** | |
| GX-60D | Ethics Training Signature Sheets of Jeffrey H. Stayton for 2001<br><br>18469 - 18482 | | | need to authenticate with witness |

**as of December 2, 2007**

UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|--------|-------------|---------|----------|-------------------------------------|
| GX-61 | Email from Sheila Tritle to David Franke, sent October 11, 2000, re: Financial Disclosure Forms - DCSOPS<br><br>017133 | **12/3/07** | **12/3/07** | |
| GX-62 | Email from David Franke to Michael Bruss, Judith Fishel, Linda Harris, dated October 3, 2002, re: Annual Ethics Training Announcement<br><br>017933 - 017934 | **12/3/07** | **12/3/07** | |

Withdrawn

Withdrawn

22

**UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE**
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-63 | Certificate of Incorporation - Enterprise Municipal Airport Authority<br><br>000006<br><br>Certificate of Incorporation - Maverick Aviation Corporation<br><br>00003 - 000005 | **12/3/07** | **12/3/07** | |
| GX-64 | Facsimile copy of Russian-language letter from ALPAC with attached contract between Maverick and ALPAC and Appendix 1 and Acceptance Report (October 12, 2001)<br><br>012836 - 012840 | | | need to authenticate handwriting |

Withdrawn

23

UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-65 | Email from Childree to JHS, sent October 24, 2001, re: Location of Aircraft<br><br>017681 | **12/3/07** | **12/3/07** | |
| GX-66 | Maverick Aviation proposal faxed to Edwin Guthrie from William Childree<br><br>011835 - 011856 | **12/3/07** | **12/3/07** | |
| GX-66A | Maverick Aviation proposal faxed to Edwin Guthrie from William Childree (included in contract file of Edwin Guthrie)<br><br>011857- 01176 | **12/3/07** | **12/3/07** | |

as of December 2, 2007

UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-67 | Charter Aircraft Documents<br><br>016929 - 016930 | **12/3/07** | **12/3/07** | |
| GX-68 | Maverick letter to G.V. Leontyev (ALPAC) requesting spare parts et al. in connection with Acceptance Report (December 19, 2001)<br><br>012363 | **12/3/07** | **12/3/07** | |
| GX-69 | Letter (and accompanying chart) from William C. Childree re: lodging (December 24, 2001)<br><br>011544 - 011545 | **12/3/07** | **12/3/07** | |

25

UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-70 | Appendix 1 (with handwritten notes) to Amendment No. 2 to the Contract (October 31, 2001) between ALPAC and Maverick Aviation signed by WCC<br><br>016849 | | | need to authenticate handwriting |
| GX-71 | Acceptance Report for Mi-8MTV Helicopters (December 18, 2001) (Russian)<br><br>012841 | **12/3/07** | **12/3/07** | |
| GX-72 | Supplement to K between MA and ALPAC (including spare parts)<br><br>016931 - 016936 | | | need to authenticate handwriting |

as of December 2, 2007

UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-73 | Contract between Maverick Aviation Corporation and Ulan-Ude Aviation Plant for the Sale of MI-17 Helicopters dated December 2001 - Stayton signs on behalf of MA. 015172 - 015201 | | | |
| GX-74 | Contract between Maverick Aviation Corporation and Ulan-Ude Aviation Plant for the Sale of MI-17 Helicopters (initialed by JHS 12/29/01) 015202 - 015246 | | | |
| GX-75 | Cargo Manifest (December 30, 2001) 016983 | **12/3/07** | **12/3/07** | |

27

## UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
### (1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-76 | Email from WCC to JHS re: CLIN 006 and attaching "Equipment Purchased Against CL[IN 006]" (February 22, 2002)<br>Exalis Parts List Spreadsheet (January 29, 2002);<br><br>012684 | **12/3/07** | **12/3/07** | |
| GX-76A | Email from WCC to JHS re: CLIN 006 and attaching "Equipment Purchased Against CL[IN 006]" (February 20, 2002)<br>Exalis Parts List Spreadsheet (January 29, 2002);<br><br>012685, 012387- 012388 | **12/3/07** | **12/3/07** | |
| GX-77 | Emails from Diatlov to WCC stating that permission has been issued and shipment to follow (April 18, 2002); from WCC to Diatlov requesting airway bill for the customer | **12/3/07** | **12/3/07** | |

28

as of December 2, 2007

## UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| | (April 18, 2002); and from WCC to JHS forwarding email exchange between WCC and Diatlov (April 18, 2002)<br><br>012414 | | | |
| GX-77A | Emails from Diatlov to WCC re: customs clearance for shipment of parts (April 24, 2002); from WCC to Diatlov re: same (April 24, 2002); and from WCC to JHS forwarding email exchange between WCC and Diatlov (April 18, 2002);<br><br>012415, 017123 | **12/3/07** | **12/3/07** | |
| GX-77B | Emails between Diatlov and WCC re: status of parts shipment from Ulan Ude - Moscow - Frankfurt (May 2, 2002), and from WCC to JHS forwarding email exchange re: same (May 3, 2002);<br><br>017866 | **12/3/07** | **12/3/07** | |

**as of December 2, 2007**

# UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-77C | Emails between Diatlov and WCC re: status of parts shipment from Ulan Ude - Moscow - Frankfurt (May 6, 2002), and from WCC to JHS forwarding email exchange re: same (May 6, 2002)<br><br>018024, 017848, 017841 | 12/3/07 | 12/3/07 | |
| GX-77D | Emails from WCC to Vladimir Diatlov asking whether parts have been shipped from Moscow to [REDACTED] (May 10, 2002); and from WCC to JHS forwarding email exchange re: same (May 10, 2002)<br><br>017835 | 12/3/07 | 12/3/07 | |
| GX-77E | Email from WCC to Diatlov, JHS, and Tsydyp Ts. Galdanov requesting copies of airway bill for parts shipment form Moscow to [REDACTED] (May 13, 2002)<br><br>017833 | 12/3/07 | 12/3/07 | |

as of December 2, 2007

## UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-77F | Emails from Diatlov to WCC stating parts scheduled departure from Moscow to London on May 28 and departure from London to [REDACTED] (May 27, 2002; from WCC to JHS forwarding same email; and from JHS to WCC in response - "Thanks, you must be back home.  Your line is busy." (May 28, 2002);<br><br>017832, 018020 | 12-3-07 | 12-3-07 | |
| GX-78 | T-28 Contract File | 12/3/07 | 12/3/07 | |
| GX-78A | T-28 Solicitation | 12/3/07 | 12/3/07 | |
| GX-78B | T-28 Amendment of Solicitaion/Modification of Contract | 12/3/07 | 12/3/07 | |
| GX-78C | Documents relating to change in funding source for T-28 | 12/3/07 | 12/3/07 | |
| GX-78D | Contract Order for Commercial Items | 12-5-07 | 12-5-07 | |

31

## UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-79 | Emails between JHS, Joseph Mrozinski, and Ronald Ziegler re: Exalis Pugnamus support package (October 10, 2001) and request for "cost estimate" (October 10, 2001);<br><br>012634 - 012635 | **12/3/07** | **12/3/07** | |
| GX-80 | T-28 Completion Report | **12/3/07** | **12/3/07** | |
| GX-81 | Email from Brian Barr to JHS, sent October 29, 2002, re: No Contact Order<br><br>017092 | **12/3/07** | **12/3/07** | |

✓ Withdrawn

as of December 2, 2007

## UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-82 | Memorandum from John P. Rooney to Jeffrey H. Stayton entitled "No Contact Order and Temporary Removal from Contract Actions" (November 5, 2002)<br><br>013244 | **12/3/07** | **12/3/07** | |
| GX-83 | Letter from JHS to US District Court - Middle District of Alabama and S/A Jennifer Bryan, re: Subpoena for Documents (April 18, 2005)<br><br>012350 - 012351 | **12/3/07** | **12/3/07** | |
| GX-84 | Transcript of Grand Jury Testimony of Jeffrey H. Stayton (June 29, 2005) (REDACTED)<br><br>J-000393 - J-000501 | **12/3/07** | **12/3/07** | |

**as of December 2, 2007**

## UNITED STATES v. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-84A | CD with digitized recording of grand jury testimony of Jeffrey H. Stayton (June 29, 2005) (REDACTED) | **12/3/07** | **12/3/07** | |
| GX-85 | OMITTED | | | |
| GX-86 | CB&T bank records for Account No. 000-510-026-7 (Commercial Checking) maintained in the name of Maverick Aviation from September 2001 through January 2004<br><br>004120 - 004263 | **12/3/07** | **12/3/07** | |
| GX-86A | Debit Memo for payment of interest on Childree mortgage (part of GX-86) | **12/3/07** | **12/3/07** | |
| GX-86-B | Debit Memo for payment of Childree mortgage (part of GX-86) | **12/3/07** | **12/3/07** | |

34

UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-87 | Army Aviation Center Federal Credit Union records for Account No. 176460 maintained in the name of Jeffrey H. Stayton<br><br>001508 - 001661 | **12/3/07** | **12/3/07** | |
| GX-88 | OMITTED | | | |
| GX-89 | OMITTED | | | |
| GX-90 | OMITTED | | | |
| GX-91 | OMITTED | | | |

as of December 2, 2007

## UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-92 | MBNA records for credit card Account No. 4264-2932-8814-1710 maintained in the name of William C. Childree from March 28, 2001 through December 23, 2004<br><br>002224 - 002261 | 12/3/07 | 12/3/07 | |
| GX-93 | Bank of America records for Visa credit card Account No. 4486-1200-0606-0751 maintained in the name of Jeffrey H. Stayton from September 11, 2001 through July 11, 2002<br><br>002262 - 002281 | 12/3/07 | 12/3/07 | |
| GX-94 | Photo of front of Stayton residence | 12-5-07<br>12-3-07 | 12-5-07<br>12-3-07 | |
| GX-95 | Photo of back of Stayton residence | 12-5-07<br>12-3-07 | 12-5-07<br>12-3-07 | |

*(handwritten notes in left margin: "Withdrawn" next to GX-92 and GX-93)*

36

## UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-96 | OMITTED | | | |
| GX-97 | CB&T bank records for Account No. 000-030-173-6 (Signature Money Market) maintained in the name of Lt. Col. William C. and Lucille Childree from September 2001 through December 2002<br><br>003408 - 003436 | **12/3/07** | **12/3/07** | |
| GX-98 | CB&T bank records for Account No. 000-119-650-2 (Signature Gold Checking) maintained in the name of Lt. Col & Mrs. William Childree from August 2001 through January 2003<br><br>003619 - 003668 | **12/3/07** | **12/3/07** | |

**as of December 2, 2007**

## UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-99 | OMITTED | | | |
| GX-100 | CB&T bank records for Account No. 000-510-026-7 (Commercial Checking) maintained in the name of Maverick Aviation from September 2001 through January 2004 and September 2001 through May 2005<br><br>004270 - 004513 | **12/3/07** | **12/3/07** | |
| GX-101 | CB&T bank records for Account No. 000-510-026-7, including escrow account maintained in the name of Maverick Aviation<br><br>004514 - 004852 | **12/3/07** | **12/3/07** | |

as of December 2, 2007

### UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|--------|-------------|---------|----------|--------------------------------------|
| GX-102 | Commercial Bank of Ozark records for Account No. 22721 in the name of William C. Childree from September 30, 2001 through December 2002<br><br>004853 - 005002 | **12/3/07** | **12/3/07** | |
| GX-103 | Commercial Bank of Ozark records for Account No. 24961 in the name of Trans Ocean Aviation from September 3, 2001 through December 2002<br><br>005252 - 005268 | **12/3/07** | **12/3/07** | |

39

## UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-104 | Commercial Bank of Ozark records for Account No. 2504979 in the name of Maverick Aviation Corp. from September 2001 through July 2002<br><br>005278 - 005290 | **12/3/07** | **12/3/07** | |
| GX-105 | CB&T bank records maintained in the name of William C. Childree (to be provided)<br><br>005291 - 005576 | **12/3/07** | **12/3/07** | |
| GX-106 | Commercial Bank of Ozark records maintained in the name of William C. Childree (to be provided)<br><br>005577 - 005628 | **12/3/07** | **12/3/07** | |

40

# UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-107 | Countrywide Home Loan records for Account No. 7852633 for the property at 8406 Broadmore Lane, Spotsylvania, VA 22553, maintained in the name of Jeffrey H. Stayton (to be provided)<br><br>005629 - 006210 | **12/3/07** | **12/3/07** | |
| GX-107A | Subset of Countrywide Home Loan records from GX-107 | **12/3/07** | **12/3/07** | |
| GX-108 | OMITTED | | | |
| GX-109 | OMITTED | | | |
| GX-110 | OMITTED | | | |

41

UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-111 | Grand Jury Subpoena of Jeffrey H. Stayton, dated 3/24/05<br><br>018393-018394 | **12/3/07** | **12/3/07** | |
| GX-112 | Grand Jury Subpoena Response of Jeffrey H. Stayton, dated 3/24/05 (to be provided)<br><br>012350 - 012943 | | | |
| GX-113 | DOD-IG Subpoena of William C. Childree, dated 1/31/05<br><br>011693 - 011701 | **12/3/07** | **12/3/07** | |
| GX-114 | DOD-IG Subpoena Response of William C. Childree<br><br>011706 - 011741 | **12/3/07** | **12/3/07** | |

42

## UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-115 | Grand Jury Subpoena of William C. Childree, dated 1/31/05<br><br>018395 -018398 | **12/3/07** | **12/3/07** | |
| GX-116 | 2001 Ethics Training Power Point Slides<br><br>01892 - 018221 | | | authentication by witness |
| GX-117 | 2002 Ethics Training Power Point Slides<br><br>018222-018268 | 12-6-07 | 12-6-07 | authentication by witness<br><br>No obj. |

as of December 2, 2007

## UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-118 | 2003 ATEC Annual Ethics Training Power Point Slides<br><br>018269 - 018313 | 12-6-07 | 12-6-07 | authentication by witness<br><br>No obj. |
| GX-119 | 2000 ATEC Annual Ethics Training Power Point Slides<br><br>018399 - 018463 | 12-6-07 | 12-6-07 | authentication by witness<br><br>No obj. |
| GX-120 | Escrow Agreement between WSMR (Guthrie) and CB&T (Bell), signed by both, dated November 14, 2001, for $3.705M<br><br>004518 | 12/3/07 | 12/3/07 | |

as of December 2, 2007

## UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-121 | Escrow Agreement between WSMR (Guthrie) and CB&T (Bell), signed by both, dated December 12, 2001, for $1.0807M<br><br>004519 | **12/3/07** | **12/3/07** | |
| GX-122 | Facsimile Cover Sheet (11/29/01) from E. Guthrie to P. Bell authorizing release of $260K from escrow account to Maverick account.<br><br>004697 | **12/3/07** | **12/3/07** | |

45

**as of December 2, 2007**

# UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-123 | Facsimile Cover Sheet (11/30/01) from E. Guthrie to P. Bell authorizing release of $65K from escrow account to Maverick account<br><br>004692 | **12/3/07** | **12/3/07** | |
| GX-124 | Facsimile Cover Sheet (11/30/01) from P. Bell to E. Guthrie confirming completion of transfer of $65K from escrow account to Maverick account.<br><br>004522 | **12/3/07** | **12/3/07** | |

46

UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-125 | Facsimile Cover Sheet (12/11/01) from E. Guthrie to P. Bell authorizing release of $90K from escrow account to Maverick account<br><br>004678 | **12/3/07** | **12/3/07** | |
| GX-126 | Facsimile Cover Sheet (12/11/01) from P. Bell to E. Guthrie confirming completion of transfer of $90K from escrow account to Maverick account<br><br>004679 - 004680 | **12/3/07** | **12/3/07** | |

**as of December 2, 2007**

UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-127 | Facsimile Cover Sheet (12/12/01) from P. Bell to E. Guthrie confirming addition of $1,080,700 to escrow account and discussing applicable fees<br><br>004525 | **12/3/07** | **12/3/07** | |
| GX-128 | Facsimile Cover Sheet (12/14/01) from E. Guthrie to P. Bell authorizing release of $2,697,200 from escrow account to Maverick account<br><br>004573 | **12/3/07** | **12/3/07** | |

as of December 2, 2007

UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|--------|-------------|---------|----------|-------------------------------------|
| GX-129 | Email from E. Guthrie to P. Bell authorizing release of remaining funds held in escrow account ($1,070,000) to Maverick account<br><br>004577 | **12/3/07** | **12/3/07** | |
| GX-130 | CB&T Wire/Funds Transfer Payment Order reflecting 1/4/02 wire of $61,071.75 from Maverick account to Countrywide Home Loans<br><br>004660 - 004661 | **12/3/07** | **12/3/07** | |

49

**as of December 2, 2007**

UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-131 | Email from J. Stayton to W. Childree entitled "Wire Transfer" and containing wiring/routing information for Stayton's mortgage held by Countrywide Home Loans, Inc.<br><br>004662 | **12/3/07** | **12/3/07** | |
| GX-132 | Countrywide Home Loans Account Statement for period 12/2000 - 10/2004 for JHS house at 8406 Broadmore Lane, Spotsylvania, VA 22553 (Loan #7852633)<br><br>005629 - 005664 | **12/3/07** | **12/3/07** | |
| GX-133 | Credit Report (8/00) of Jeffrey and Vivian Stayton<br><br>005665 - 005679 | **12/3/07** | **12/3/07** | |

Withdrawn

**as of December 2, 2007**

UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-134 | Uniform Residential Loan Application (STAYT621328) of Jeffrey H. Stayton in connection with June 2003 home refinance<br><br>005892 - 005895 | **12/3/07** | **12/3/07** | |
| GX-135 | Uniform Residential Loan Application (STAYT621328) of Jeffrey H. Stayton in connection with June 2003 home refinance<br><br>005960 - 005963 | **12/3/07** | **12/3/07** | |
| GX-136 | Summary MIPR Chart | | | needs authentication and foundation |
| GX-137 | OMITTED | | | |
| GX-138 | OMITTED | | | |

as of December 2, 2007

UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|--------|-------------|---------|----------|-------------------------------------|
| GX-139 | William Childree Personal Financial Statement (9/11/02) for Commercial Bank of Ozark<br><br>005594 - 005596 | **12/3/07** | **12/3/07** | |
| GX-140 | William Childree Personal Financial Statement (11/23/04) for Commercial Bank of Ozark<br><br>005302 - 005304 | **12/3/07** | **12/3/07** | |
| GX-141 | Justification Review Document for Other Than Full and Open Competition (J&A)<br><br>001818 - 011823 | **12/3/07** | **12/3/07** | |

**as of December 2, 2007**

## UNITED STATES V. JEFFREY STAYTON & WILLIAM CHILDREE
(1:06-CR-66-MEF)
Government's Exhibit List

| Exh. # | Description | Offered | Admitted | Anticipated Objection By Defendants |
|---|---|---|---|---|
| GX-142 | CB&T Statement of Commercial Checking Account (#000-510-026-7) for Maverick Aviation<br><br>004129 - 004130 | **12/3/07** | **12/3/07** | |
| GX-143 | CB&T Statement of Commercial Checking Account (#000-510-026-7) for Maverick Aviation<br><br>004131 - 004132 | **12/3/07** | **12/3/07** | |
| GX-144 | 9/30/98 Maverick Aviation Invoice | 12-4-07 | 12-4-07 | |
| GX-145 | 10/11/01 TTE Int, Inc. Letter to Francis | 12-4-07 | 12-4-07 | |
| GX-146 | Military Interdepartmental Purchase Request of 11-13-01 | 12-5-07 | 12-5-07 | |

as of December 2, 2007