IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA          :
                                  :
                                  :
    vs.                           :
                                  : DOCKET NO. 1:06-CR-66-WSD
                                  :
JEFFREY HOWARD STAYTON and        :
                                  :
WILLIAM CURTIS CHILDREE,          :
                                  :
    Defendants.                   :
                                  :

## Verdict as to Defendant Stayton

1.  We, the Jury, find Defendant Stayton

    ___✓___   Guilty

    _____   Not Guilty

of Honest Services Wire Fraud, as charged in Count One of the Indictment.

2.  We, the Jury, find Defendant Stayton

    ___✓___   Guilty

    _____   Not Guilty

of Honest Services Wire Fraud, as charged in Count Two of the Indictment.

3.  We, the Jury, find Defendant Stayton

    _____    Guilty

    \_\_✓\_\_    Not Guilty

of Bribery, as charged in Count Three of the Indictment.

4.    We, the Jury, find Defendant Stayton

    \_\_✓\_\_    Guilty

    _____    Not Guilty

of Obstruction of Justice, as charged in Count Five of the Indictment.

SO SAY WE ALL.

*[signature]*
Foreperson

Date: 11 Dec 07

## Verdict as to Defendant Childree

1. We, the Jury, find Defendant Childree

    __✓__   Guilty

    _____   Not Guilty

of Honest Services Wire Fraud, as charged in Count One of the Indictment.

2. We, the Jury, find Defendant Childree

    __✓__   Guilty

    _____   Not Guilty

of Honest Services Wire Fraud, as charged in Count Two of the Indictment.

3. We, the Jury, find Defendant Childree

    _____   Guilty

    __✓__   Not Guilty

of Bribery, as charged in Count Four of the Indictment.

SO SAY WE ALL.

_____
Foreperson

Date: 11 Dec 07