To The Honorable William S. Duffey, Jr.

I write to you as a mother, pleading for the future of my two daughters. Twice in the New Testament Jesus was moved with compassion to perform a resurrection miracle on behalf of women who had lost the only male in their family and, as a result, faced a future of harsh lack. I see you in this same way. I place before you a photograph of my daughters, Rachel and Jessica, taken last June when Rachel, our oldest, graduated from high school. Now she is finishing her second semester of college, and Jessica, my baby, is the one who prepares to graduate from high school in June. My heart is gripped with pain when I think about my daughters, so full of promise, and I begin to comprehend what the loss of their father will mean in their young lives. Please, sir, I beg you to resurrect Jeff from this *death* for the sake of Rachel and Jessica, for my sake also. You hold the power of life for my family. I beg you to mercifully search for a way in which Jeff can pay his debt to justice without sacrificing the future of our daughters. I beg you to extend mercy to my children, my family. I hope. I beg.

With deepest sincerity,

*Vivian Stayton*

Vivian Stayton



