The Honorable William S. Duffey
United States District Judge

Dear Judge Duffey,

    We have known Jeff Stayton, our son-in-law, for some twenty years now and have always known him to be a man of sound character. He has been a good husband to our daughter and an excellent father to our granddaughters. He has been like a son to us, always sensitive to need and ready to help whenever he could provide it. We express these things because they are true of him, and not just in our family. We have been impressed over the years observing his great capacity of willingness to assist others in need, for this is his heart. His love for his country and his commitment to his responsibilities are absolute. He has a good work ethic, and his superiors and co-workers have always spoken, and still do speak, highly of him. These truths have been overshadowed by recent events and need to be restated, as they are self-evident.

    Jeff's wife, Vicki, is a highly respected public school teacher in their community, and his daughters both excel in school. Rachel is in her freshman year at William and Mary, pursuing interests in journalism and urban renewal. Jessica, graduating from high school in June, is gifted in writing and has a promising future playing cello in orchestra. Both girls enjoy doing public service and serve on mission trips in-country and abroad. These values have been instilled in them by both parents.

    When rendering your decision, we pray it will be exemplary of a true justice that will enable him to be an even better man in the future. Jeff has much to offer his community, and he is eager to be of service to its good welfare. Please let it not be a decision that leaves behind broken people with little hope for a good future. This family is, and can continue to be, an asset to our nation. We earnestly pray these destinies will not be altered by these circumstances. With all respect, we ask you for judgment with mercy, please sir.

    Sincerely,

    *Paul Terry*
    *Harriett Terry*
    Paul and Harriett Terry

DEFENDANT'S EXHIBIT B