February 22, 2008

Your Honor,

We are writing this in hopes that you will hear our hearts and take all things into consideration before rendering the final sentence for Jeffrey Stayton this Thursday, February 28th.

We are not attempting to influence you to ignore what you witnessed during the hearings this past December. Instead, we are prayerful that you will listen to the ones who truly know this man and have been a part of his life for many years.

Jeff married my sister, Vicki, in 1987. We knew him for at least two years prior to their marriage. We realize that Jeff is not perfect, but the man we saw portrayed during the hearings two months ago is a huge diversion from the person we have known these past 23 years.

We have closely watched Jeff commit to and care for his wife in good times and bad. He has always been there to see to it that his daughters, Rachel (19) and Jessica (17), were on the right path. Honesty has always been one of the top rules in that household (second only to Integrity). He has, since we have known him, strived to adhere to good morals and ethical principles and encourages all to do the same. Jeff is quick to compassionately point others in the right direction. He has never had a high tolerance for compromise of any kind.

Jeff's commitment to the United States Military has been second to none. He was a very proud officer, never opposing the decisions of his superiors. He and his family endured the hardships of numerous military relocations during his career, many of them separating him from his loved ones for long periods of time. He always felt privileged to be an American and to be serving his country. Jeff viewed his sacrifices as necessary and worthwhile for the sake of ALL Americans!

We have observed Jeff form loyal friendships over the years, to include the close friendship with Curt Childree. He has many times gone out of his way to help others. Nothing was too hard, too physical, or too timely when it came to helping a friend in a crisis. Jeff has always had a very compassionate heart and eagerly awaits an opportunity to be a blessing to others.

We say all of this to say one thing... Please consider the TRUTH about Jeff Stayton while pondering his punishment. As you already know, your sentencing affects not only Jeff, but his entire family. Jessica will be graduating this June and then leaving for college in August. Rachel is in her first year of college in Virginia. Both are in need of the wisdom, support and financial aid of both parents. We ask you to have mercy when deciding Jeff's future. Incarceration would severely punish Jeff's wife and children. They have already suffered financial devastation due to the legal fees over these past two years. We pray you will consider ALL aspects while deciding this family's destiny. May God Bless You!

Sincerely,

Fred and Karren Lewis



DEFENDANT'S
EXHIBIT
C