

**Vose Technical Systems, Inc.**

February 25th, 2008

TO: Hon. William S. Duffey, United States District Judge

Subject: Sentencing of Messrs. Stayton and Childree.

Dear Judge Duffey,

    I write this letter on behalf of Mr. Stayton and Mr. Childree. I have known Mr. Stayton for almost 10 years, Mr. Childree I met for the first time in Montgomery, Alabama during their trial.

    Please, if you would, during your deliberation on their sentencing, take into consideration that these two men selflessly served this great nation in her armed forces, in times of peace and war.

    They provided invaluable intelligence on the operation, tactics and limitations of Foreign Military Equipment, both during and after the Cold War. These contributions greatly increased our knowledge of the capabilities/restrictions of forces that operate this equipment.

    After retirement, both continued to serve, Mr. Stayton continuing in the same field in the public sector and Mr. Childree in the private sector.

    In closing, again, I respectfully request that you consider the above.

Sincerely,

John Wilson

Sent via the offices of:
Joe Van Heest
Law Office of Joseph P. Van Heest, LLC
402 South Decatur Street
Post Office Box 4026
Montgomery, Alabama  36103-4026

34760 Daggett-Yermo Rd/PO Box 396
Daggett, CA 92327
760-254-3004   Fax 760-254-3315
*A Woman-Owned Business*
GSA Vendor 321664879   CAGE CODE 1QPM5



DEFENDANT'S EXHIBIT D