IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 1:06cr66-WSD |
| | ) | |
| JEFFREY HOWARD STAYTON | ) | |

**DEFENDANT STAYTON'S MOTION FOR RETURN OF PROPERTY POSTED AS BOND**

COME NOW defendant Jeffrey Howard Stayton, by undersigned counsel, and, through the filing of this Motion for Return of Property Posted as Bond, prays that this Honorable Court will review the matters set forth herein, and issue an Order granting the Motion and directing the return of the quitclaim deed posted as bond following his conviction in the above-styled cause. In support of this motion, Mr. Stayton shows as follows:

1. Mr. Stayton was indicted on March 1, 2006, and charged with two counts of honest services wire fraud, one count of bribery, and one count of obstruction of justice.

2. On March 15, 2006, Mr. Stayton was arraigned in the United States District Court for the Middle District of Alabama. At that time, he signed a signature bond permitting his pretrial release. He remained under the signature bond and certain standard conditions of release pending trial.

3. Trial commenced on December 3, 2007, and on December 11, 2007, the jury returned guilty verdicts as to the two counts of honest services wire fraud and the count of obstruction of justice. The jury acquitted Mr. Stayton on the bribery charge.

4. On December 11, 2007, following the jury verdict, this Court set an additional

condition of release requiring Mr. Stayton to post his primary residence as property to ensure his appearance at the sentencing hearing. Mr. Stayton complied wherein he and his wife executed a quitclaim deed and delivered the deed to the Clerk of the United States District Court for the Middle District of Alabama. At that time, the Clerk's Office provided undersigned counsel with a receipt for the quitclaim deed. Undersigned counsel has that receipt presently.

5. On February 28, 2008, the Court sentenced Mr. Stayton to a term of 63 months imprisonment with the Bureau of Prisons. The Court also permitted Mr. Stayton to self-surrender to the facility designated for him by the United States Bureau of Prisons and that such self-surrender should occur at or before 2:00 pm, on April 15, 2008.

6. On April 15, 2008, Mr. Stayton timely surrendered to the Federal Correctional Institute in Morgantown, West Virginia, where he had been designated by the Bureau of Prisons to serve his sentence.

7. Mr. Stayton's timely self-surrender completes his compliance with the terms of his release. Therefore, Mr. Stayton seeks the return of this quitclaim deed so that his wife will have the ability to place the property for sale when necessary or desirable without any liens or encumbrances prohibiting or negatively impacting the sale of such property.

WHEREFORE, for the reasons set forth above, Mr. Stayton prays that this Honorable Court will grant the Motion and issue an Order directing the Clerk of the United States District Court for the Middle District of Alabama to release the quitclaim deed to the receipt holder so that it can be returned to Mr. Stayton's wife.

Respectfully submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
Counsel for Jeffrey Howard Stayton
AL Bar Code: VAN026
Law Office of Joseph P. Van Heest, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
(334) 263-3551
(334) 263-3227 (fax)
jpvanheestcourts@bellsouth.net

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that on April 22, 2008, the foregoing document was electronically filed the with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
Counsel for Jeffrey Howard Stayton
AL Bar Code: VAN026
Law Office of Joseph P. Van Heest, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
(334) 263-3551
(334) 263-3227 (fax)
jpvanheestcourts@bellsouth.net