AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: JEFFREY HOWARD STAYTON
CASE NUMBER: 1:06CR66-WSD-01

Judgment — Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Sixty three (63) months imprisonment. This term consists of 63 months on each count to run concurrently.

☐ The court makes the following recommendations to the Bureau of Prisons:

**RETURNED AND FILED**

MAY 5 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  X before 2 p.m. on   April 15, 2008   .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

v/s

Defendant delivered on   4-15-08   to   FCI MORGANTOWN, WV
at _____ , with a certified copy of this judgment.

WAYNE PHILLIPS WARDEN
~~UNITED STATES MARSHAL~~

FOR by B. Gallaha, ISO
DEPUTY UNITED STATES MARSHAL