IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:06cr666-WSD |
| JEFFREY HOWARD STAYTON, | ) | (Civil Action No. 1:09cv157-WHA) |
| | ) | |
| Defendant, | ) | |
| | ) | |

**MOTION FOR RELEASE ON BOND PENDING RE-SENTENCING**

COMES NOW the Defendant, by and through the undersigned counsel, and hereby moves this Honorable Court to release the Defendant pending re-sentencing in the above-styled case and as grounds therefor, states as follows:

1. Per this Court's Order of February 28, 2011, the defendant's sentence was vacated and he is to be re-sentenced on the sole remaining count in the above-styled case.

2. The defendant is due to be re-sentenced on a single obstruction of justice charge after the Court vacated the honest-services fraud conviction.

3. The defendant is presently incarcerated and serving the original 63-month sentence rendered by this Court on February 28, 2008. He has served 35 months, exclusive of "good time" eligibility of up to 6 months.

4. The Federal Sentencing Guidelines that may apply to this defendant at re-

sentencing are significantly lower than the original sentence and the new range called for by the Guidelines may not exceed the custody time the defendant has already served.

    5.    The defendant meets all of the requirements for release under 18 U.S.C. 3142(b) and 3143(a).

Wherefore, the defendant respectfully requests this Honorable Court, in the interests of justice, to release the defendant on bond pending re-sentencing of this matter.

Respectfully submitted, this 1st day of March, 2011.

                /s/ Henry I Frohsin
                HENRY I FROHSIN
                JAMES F. BARGER, JR.
                J. ELLIOTT WALTHALL
                RONALD R. BRUNSON

                Attorneys for Defendant
                Jeffrey Howard Stayton

**OF COUNSEL:**

FROHSIN & BARGER LLC
One Highland Place
2151 Highland Avenue, Suite 310
Birmingham, Alabama 35205
Tel: 205-933-4006
Fax: 205-933-4008

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2011, the foregoing has been filed using the CM/ECF e-file system, which will automatically send notification of such filing to all counsel of record.

                              /s/ Henry I Frohsin
                              Of Counsel