IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:06-cr-0066-WSD |
| | ) | |
| JEFFREY HOWARD STAYTON, | ) | |
| | ) | |
| Defendant. | ) | |

### UNITED STATES' RESPONSE TO STAYTON'S MOTION FOR RELEASE PENDING RESENTENCING

COMES NOW the United States of America, by and through its undersigned attorney, and responds to defendant Stayton's motion for release pending resentencing.  Because defendant Stayton likely would carry his burden to establish that he is neither a flight risk nor a danger to the community, the government does not oppose his release pending resentencing on the remaining obstruction of justice charge.  The government would ask that the Court impose the same conditions of release that were in effect as to the defendant prior to his initial sentencing in February 2008.

Respectfully submitted on this the 7th day of March, 2011.

        Respectfully submitted,

        JACK SMITH
        Chief

        Eric G. Olshan

By:    /s/ ERIC G. OLSHAN
        Trial Attorney
        Public Integrity Section
        Criminal Division
        United States Department of Justice

1400 New York Avenue Northwest
The Bond Building, 12th Floor
Washington, District of Columbia 20005
Tel.: 202-514-7621
Fax: 202-514-3003

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 7th day of March, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail or other notification of this filing to the following attorneys of record:

    Henry I. Frohsin
    James F. Barger, Jr.
    J. Elliott Walthall
    Frohsin & Barger LLC
    One Highland Place
    2151 Highland Avenue, Suite 310
    Birmingham, AL 35205

    Eric G. Olshan

    /s/ ERIC G. OLSHAN
    Trial Attorney, IL Bar No. 6290382
    Public Integrity Section
    Criminal Division
    United States Department of Justice
    1400 New York Avenue Northwest
    The Bond Building, 12th Floor
    Washington, District of Columbia 20005
    Tel.: 202-514-7621
    Fax: 202-514-3003
    eric.olshan@usdoj.gov