# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,

v.

JEFFREY HOWARD STAYTON,

                                    Defendant.

1:06-cr-66-WSD-CSC

## ORDER

On February 28, 2011, the Court entered its Order granting in part and denying in part Defendant Jeffrey Howard Stayton's Amended Motion under 28 U.S.C. § 2255.[1]  Specifically, the Court vacated Stayton's honest-services fraud conviction and ordered Stayton to be resentenced on the obstruction of justice charge on which he was convicted at trial.

On March 1, 2011, Defendant Stayton filed his Motion for Release On Bond Pending Re-Sentencing [163].  On March 7, 2011, the Government filed its response, stating that it did not oppose Defendant's release pending resentencing [165].

---

[1]  This motion was filed in a separate civil action styled *Jeffrey Howard Stayton v. United States of America, Civil Action No. 1:09-cv-157-WSD-CSC.*

Accordingly, based on the Court's February 28, 2011, Order and that the Government does not oppose Stayton's release pending resentencing,

**IT IS HEREBY ORDERED** that Defendant Stayton's  Motion for Release On Bond Pending Re-Sentencing [163] is **GRANTED**.  Defendant Stayton shall be immediately released from the Custody of the Bureau of Prisons at the Lexington FMC, Kentucky, where the Court is advised Stayton is serving his sentence.

**IT IS FURTHER ORDERED** that the conditions of Stayton's pre-trial release imposed on March 15, 2006, in the Order Setting Conditions Of Release [10] are hereby imposed as the conditions of release pending Stayton's resentencing.

**IT IS FURTHER ORDERED** that the Clerk of Court serve a copy of this Order upon defense counsel, the Probation Office, the United States Attorney, the United States Marshal and the Bureau of Prisons, Lexington FMC, Lexington, Kentucky.

**SO ORDERED** this 8th day of March, 2011.


_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE